CO-386-online
10/03

# United States District Court
# For the District of Columbia

Council for Responsible Nutrition )
and Annette Dickinson )
)
)
              Plaintiff )
  vs )    Civil Action No._____
)
Hartford Casualty Insurance )
Company )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Council for Responsible Nutrition__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Janet K Coleman_
Signature

DC Bar No. 497902
BAR IDENTIFICATION NO.

Janet K. Coleman
Print Name

401 Washington Avenue, 12th Floor
Address

Towson, MD 21204
City    State    Zip Code

410-583-8000
Phone Number