UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

      Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE
COMPANY,
Hartford Plaza, 690 Asylum Avenue
Hartford, Connecticut, 06115

      Defendant.

Case No.: 1:06-CV-01590-RMC

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Patrick F. Hofer as Lead Counsel and Tracy P. Varghese of Troutman Sanders LLP as counsel in the above-captioned case for Hartford Casualty Insurance Company.

Dated: October 31, 2006

/s/ Patrick F. Hofer
Patrick F. Hofer, Bar No. 412665
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2950 (tel.)
(202) 654-5673 (facsimile)
patrick.hofer@troutmansanders.com

/s/ Tracy P. Varghese
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2894 (tel.)
(202) 654-5652 (facsimile)
tracy.varghese@troutmansanders.com