UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br>Hartford Plaza, 690 Asylum Avenue<br>Hartford, Connecticut, 06115<br><br>Defendant. | Case No.: 1:06-CV-01590-RMC |

## **CONSENT ORDER**

Plaintiffs Council for Responsible Nutrition and Annette Dickinson and Defendant Hartford Casualty Insurance Company ("Hartford"), by counsel, hereby agree, subject to the Court's approval, that the time by which the defendant Hartford must plead, move or otherwise respond to the complaint in the above-captioned case be extended by 27 days to, and including, Monday, November 27, 2006.  Accordingly, Hartford shall plead, move or otherwise respond to the complaint on or before Monday, November 27, 2006.

Dated: October 31, 2006

| | |
|---|---|
| /s/ Janet K. Coleman<br>Janet K. Coleman, Bar No. 497902<br>WHITNEY & BOGRIS, LLP<br>401 Washington Avenue<br>Towson, Maryland 21204<br>(410) 583-8000 (tel.)<br>*Counsel for Council for Responsible*<br>*Nutrition and Annette Dickinson* | /s/ Patrick F. Hofer<br>Patrick F. Hofer, Bar No. 412665<br>Tracy P. Varghese, Bar No. 472805<br>TROUTMAN SANDERS LLP<br>401 9th Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 274-2950 (tel.)<br>*Counsel for Hartford Casualty*<br>*Insurance Co.* |

IT IS SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

_____
Date