UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br>Hartford Plaza, 690 Asylum Avenue<br>Hartford, Connecticut, 06115<br><br>Defendant. | Case No.: 1:06-CV-01590-RMC |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Hartford Casualty Insurance Company ("Hartford") respectfully requests an enlargement of time within which to plead, move or otherwise respond to the complaint in the above-captioned case.

Hartford received a copy of the complaint in the above-captioned case on October 11, 2006. However, Hartford did not receive an affidavit of service indicating that service was effected on October 11 until Thursday, October 26, when an affidavit was requested and provided through the courtesy of plaintiffs' counsel. Prior to that date, Hartford could not tell whether the copy of the summons and complaint it had received had been served pursuant to proper process, or was merely a courtesy copy which had been delivered to it. Accordingly, Hartford was unsure of whether or when a response was due until October 26, three business days prior to the response date. In addition, counsel for Hartford received a copy of the complaint only on Wednesday, October 25, 2006, four business days before a response was due

under Rule 12(a)(1)(A). Therefore, in order to fulfill counsel's duties under Rule 11(b), to conduct research into the facts and law and to prepare an appropriate response to the complaint, Hartford requested consent from plaintiffs' counsel for a short extension within which to respond to the complaint, which plaintiffs kindly granted. Hartford therefore now asks the Court for an extension of time of 27 days to, and including, Monday, November 27, 2006 within which to plead, move or otherwise respond to the complaint. Pursuant to Local Rule 7(m), counsel for the Hartford has, in good faith, conferred with opposing counsel who has represented that the plaintiffs do not oppose this motion.

Accordingly, Hartford respectfully requests that the time by which it must plead, move or otherwise respond be extended by 27 days to, and including, Monday, November 27, 2006.

Dated: October 31, 2006

                                              Respectfully submitted,

                                              /s/ Tracy P. Varghese
                                              Patrick F. Hofer, Bar No. 412665
                                              Tracy P. Varghese, Bar No. 472805
                                              TROUTMAN SANDERS LLP
                                              401 9th Street, N.W., Suite 1000
                                              Washington, D.C. 20004
                                              (202) 274-2950 (tel.)
                                              *Counsel for Hartford Casualty Insurance Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October 2006, I caused a copy of Defendant's Unopposed Motion For Enlargement of Time and the accompanying proposed order to be served upon all counsel of record via ECF and electronic mail as set forth below:

>Janet K. Coleman
>WHITNEY & BOGRIS, LLP
>401 Washington Avenue
>Towson, Maryland 21204
>(410) 583-8000 (tel.)

>/s/ Tracy P. Varghese
>Tracy P. Varghese