UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br>Hartford Plaza, 690 Asylum Avenue<br>Hartford, Connecticut, 06115<br><br>Defendant. | Case No.: 1:06-CV-01590-RMC |

## PROPOSED ORDER

The Court is in receipt of the Defendant's Unopposed Motion for an Enlargement of Time to plead, move or otherwise respond to the complaint in the above-captioned case, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. Specifically, defendant seeks an extension of 27 days to, and including, Monday, November 27, 2006 within which to plead, move or otherwise respond to the complaint. Defendant indicates that it requires additional time to prepare an appropriate response to the complaint and represents that the motion is unopposed.

The Court GRANTS Defendant's Unopposed Motion for an Enlargement of Time. Accordingly, the Defendant shall plead, move or otherwise respond to the complaint in the above-captioned case on or before Monday, November 27, 2006.

IT IS SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

_____
Date