UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 1:06-CV-01590-RMC |

## CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for the Defendant Hartford Casualty Insurance Company, certify that to the best of my knowledge and belief, the following company is an indirect parent company and affiliate of the Hartford Casualty Insurance Company that has outstanding securities in the hands of the public: The Hartford Financial Services Group, Inc.

This representation is made in order that judges of this court may determine the need for recusal.

Dated: November 27, 2006        Respectfully submitted,

/s/ Tracy P. Varghese
Patrick F. Hofer, Bar No. 412665
Tracy P. Varghese, Bar No. 472805
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2950 (tel.)
*Counsel for Hartford Casualty Insurance Co.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2006, I caused a copy of Defendant's Certificate of Disclosure of Corporate Affiliations and Financial Interests to be served upon all counsel of record via ECF and electronic mail as set forth below:

>Janet K. Coleman
>WHITNEY & BOGRIS, LLP
>401 Washington Avenue
>Towson, Maryland 21204
>(410) 583-8000 (tel.)

>/s/ Tracy P. Varghese
>Tracy P. Varghese