UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 1:06-CV-01590-RMC |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

　　Please enter the appearance of Patrick F. Hofer of Troutman Sanders LLP as lead counsel for Hartford Casualty Insurance Company in the above-captioned case.

Dated: December 15, 2006

　　　　　　　　　　　　　　　　　　　/s/ Patrick F. Hofer
　　　　　　　　　　　　　　　　　　　Patrick F. Hofer, Bar No. 412665
　　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　　401 9th Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　(202) 274-2950 (tel.)
　　　　　　　　　　　　　　　　　　　(202) 654-5673 (facsimile)
　　　　　　　　　　　　　　　　　　　patrick.hofer@troutmansanders.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2006, I caused a copy of the Entry of Appearance to be served upon all counsel of record via ECF and electronic mail as set forth below:

>Janet K. Coleman
>WHITNEY & BOGRIS, LLP
>401 Washington Avenue
>Towson, Maryland 21204
>(410) 583-8000 (tel.)


>/s/ Patrick F. Hofer
>Patrick F. Hofer