UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

      Plaintiffs,

  v.

HARTFORD CASUALTY INSURANCE
COMPANY,

      Defendant.

Case No.: 1:06-CV-01590-RMC

# [PROPOSED]
# SCHEDULING ORDER

Based upon the parties' initial report, submitted pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and LCvR 16.3 of the Local Rules, and the Initial Scheduling Conference, held with the Court on January 4, 2007, the Court issues the following scheduling order that shall govern the proceedings in the above-captioned case, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and LCvR 16.4 of the Local Rules.

Plaintiffs Council for Responsible Nutrition and Annette Dickinson ("Plaintiffs") and Defendant Hartford Casualty Insurance Company ("Hartford" or "Defendant") believe that the threshold issue in this case, whether Hartford has a duty to defend the underlying suit, can be resolved as a matter of law based on facts that are not in dispute. Depending on how this issue is resolved, all other issues in the case may become moot. Therefore, phased case management is appropriate for this case.

This Scheduling Order governs the first phase of the case. In the first phase, the parties shall cross-move for summary judgment on the issue of the duty to defend. The parties have

represented that no discovery is required for the first phase of this case and the parties have agreed to exchange initial disclosures. Accordingly, the parties shall adhere to the following schedule for the first phase of the case:

> The parties shall serve initial disclosures within 45 days of the issuance of this Order, as ordered by the Court to be as follows:

> Both parties shall file and serve cross-motions for summary judgment within 45 days of the service of initial disclosures.

> Both parties shall file and serve oppositions to the cross-motions for summary judgment within 30 days after the filing and service of the initial motions.

> Both parties shall file and serve replies to the oppositions to the cross-motions for summary judgment within 15 days after the filing and service of the oppositions.

If any deadline set forth above falls on a Saturday, Sunday or an official court holiday, the deadline shall be extended to the next day that is not a Saturday, Sunday or an official court holiday.

After the motions have been fully briefed, the Court will schedule a date for oral argument on the motions.

Following the Court's ruling on the motions for summary judgment, if any issues remain to be resolved, the Court will direct the parties to meet and confer again to propose a phase two scheduling order. In addition, all motions to join additional parties or to amend the pleadings

- 3 -

shall be filed within 14 days after the issuance of the Court's ruling on the first phase summary judgment motions.

IT IS SO ORDERED.

                                                                     _____

                                                                     Rosemary M. Collyer
                                                                     United States District Judge

_____

Date