UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

      Plaintiffs,

      v.

HARTFORD CASUALTY INSURANCE
COMPANY,

      Defendant.

Case No.: 1:06-CV-01590-RMC

## STIPULATION

      WHEREAS, Plaintiffs Council for Responsible Nutrition and Annette Dickinson ("Plaintiffs") and Defendant Hartford Casualty Insurance Company ("Hartford"), by counsel, appeared before The Hon. Rosemary M. Collyer at the Court's Initial Scheduling Conference on January 4, 2007; and

      WHEREAS, at the conference, the Court agreed with the argument of counsel for Hartford that the Court should dispense with requiring initial disclosures under Fed. R. Civ. P. 26(a)(1) for phase one of this case because the issue presented in phase one is an issue of law as to which the Parties agree there is no material factual dispute; and

      WHEREAS, the Court entered a Scheduling Order on January 5, 2007, which provided, in Paragraph 2, apparently in error, that the Parties make initial disclosures under Fed. R. Civ. P. 26(a)(1) by February 21, and which set deadlines for briefing cross-motions for summary judgment based upon that date; and

WHEREAS, the Parties have conferred and have agreed that the Scheduling Order should be corrected to provide that initial disclosures shall not be required in phase one of this case, and have further agreed that the remainder of the schedule established by the Court should be amended to advance the deadlines set in order to expedite the consideration by the Court of the Parties' cross-motions and the overall progress of the case;

NOW, THEREFORE, the Parties stipulate and agree, subject to the approval of the Court, as follows:

1.      The Court should enter the Corrected and Amended Scheduling Order attached hereto as Exhibit 1.  A comparison showing the changes the Parties have agreed to and propose to the Court is attached as Exhibit 2.

STIPULATED AND AGREED TO by the undersigned counsel for Plaintiffs and Hartford this 10th day of January, 2007.

                                                Respectfully submitted,

                                                      /s/
                                        Patrick F. Hofer, Bar No. 412665
                                        Tracy P. Varghese, Bar No. 472805
                                        TROUTMAN SANDERS LLP
                                        401 9th Street, N.W., Suite 1000
                                        Washington, D.C. 20004
                                        (202) 274-2950 (tel.)
                                        *Counsel for Defendant Hartford Casualty Insurance Co.*

                                           /s/
                           Janet K. Coleman, Bar No. 497902
                           WHITNEY & BOGRIS, LLP
                           401 Washington Avenue
                           Towson, Maryland 21204
                           (410) 583-8000 (tel.)
                           *Counsel for Plaintiffs Council for Responsible Nutrition and Annette Dickinson*

SO ORDERED:

_____
      ROSEMARY M. COLLYER
       United States District Judge


_____
                  Date