**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION, ) <br> and ANNETTE DICKINSON ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARTFORD CASUALTY INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.: 06-1590 (RCM) |

## ORDER

**AND NOW**, on this _____ day of _____, 2007, upon consideration of Plaintiffs Council for Responsible Nutrition's and Annette Dickinson's motion for partial summary judgment and the opposition filed by Defendant, Hartford Casualty Insurance Company, it is hereby ORDERED and DECREED that the Council for Responsible Nutrition's and Annette Dickinson's motion for partial summary judgment is GRANTED.

**BY THE COURT:**

_____
U.S. District Judge.