COUNSEL FOR RESPONSIBLE NUTRITION and
ANNETTE DICKINSON

v.

HARTFORD CASUALTY INSURANCE COMPANY

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CONSUMERLAB.COM, LLC, a New York Limited  :
Liability Company,                        :  Index No. 05-04998
                                          :
                    Plaintiff,            :  Hon. Kenneth W. Rudolph
                                          :
    -against-                             :  **STIPULATION OF**
                                          :  **DISCONTINUANCE**
THE COUNCIL FOR RESPONSIBLE NUTRITION,    :
a District of Columbia Not-For-Profit Corporation, :
ANNETTE DICKINSON, an individual resident of :
Maryland, and JOHN AND JANE DOE (1-20),   :
                                          :
                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys of record for all the parties, that, pursuant to CPLR 3217(a)(2), the above-captioned action, including all causes of action brought in the complaint, is hereby discontinued, in its entirety, with prejudice as to each party and without costs as to any party. No party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action. This stipulation may be filed without further notice with the Clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, each of which shall have the same force and effect as an original.



NOV 17 2006

COUNTY CLERK
COUNTY OF WESTCHESTER

Dated: Manhasset, New York  COOPERMAN LESTER MILLER LLP
November 16, 2006

By: /s/ Robert N. Cooperman
Robert N. Cooperman

1129 Northern Boulevard, Suite 402
Manhasset, New York 11030
(516) 365-1400

*Attorneys for Plaintiff ConsumerLab.com, LLC*

Dated: New York, New York  COVINGTON & BURLING LLP
November 16, 2006

By: _____
Eric Hellerman
Jason P. Criss

1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000

*Attorneys for Defendants The Council for Responsible Nutrition and Annette Dickinson*

2

Dated: Manhasset, New York  
November 16, 2006

COOPERMAN LESTER MILLER LLP

By: _____  
    Robert N. Cooperman

1129 Northern Boulevard, Suite 402  
Manhasset, New York 11030  
(516) 365-1400

*Attorneys for Plaintiff ConsumerLab.com, LLC*

Dated: New York, New York  
November 16, 2006

COVINGTON & BURLING LLP

By: _____  
    Eric Hellerman  
    Jason P. Criss

1330 Avenue of the Americas  
New York, New York 10019  
(212) 841-1000

*Attorneys for Defendants The Council for Responsible Nutrition and Annette Dickinson*

2

## GENERAL RELEASE

In consideration of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, ConsumerLab.com, LLC, a New York limited liability company, on behalf of itself and its parents, subsidiaries and commonly-owned affiliates and their officers, employees, members, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASOR"), does hereby release, acquit, discharge and hold harmless The Council for Responsible Nutrition, a District of Columbia not-for-profit corporation, its parents, subsidiaries, and commonly-owned affiliates, if any, and their present and former employees, officers, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASEE"), of and from any and all claims, actions, causes of action, appeals, liabilities, debts, sums, amounts, accounts, covenants, contracts, promises, agreements, controversies, damages, judgments and demands whatsoever, at law, admiralty or equity, that RELEASOR now has, may have, ever had or may have had, known or unknown, fixed or unfixed, contingent or noncontigent, by reason of any thing or matter from the beginning of the world until 8:00 a.m. Eastern Standard Time on the date hereof, including without limitation any and all claims that were or that could have been made or asserted by RELEASOR in an action captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Index No. 05-04998 (N.Y. Sup. Ct. Westchester County) or that are or could have been the subject of or raised on an appeal or on a cross-appeal each captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Docket No. 2006-6548 (New York Sup. Ct. App. Div. 2d Dep't).

Dated: _November 16, 2006_, New York
November 16, 2006

ConsumerLab.com, LLC

By: Tod Cooperman
    President

Sworn to before me this
16th day of November, 2006

_Veronica A. Regazzi_
Notary Public

VERONICA A. REGAZZI
Notary Public, State of New York
No. 4960392
Qualified in Westchester County
Commission Expires December 26, 2009

## GENERAL RELEASE

In consideration of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, ConsumerLab.com, LLC, a New York limited liability company, on behalf of itself and its parents, subsidiaries and commonly-owned affiliates if any, and their officers, employees, members, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASOR"), does hereby release, acquit, discharge and hold harmless Annette Dickinson and her present and former employees, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASEE"), of and from any and all claims, actions, causes of action, appeals, liabilities, debts, sums, amounts, accounts, covenants, contracts, promises, agreements, controversies, damages, judgments and demands whatsoever, at law, admiralty or equity, that RELEASOR now has, may have, ever had or may have had, known or unknown, fixed or unfixed, contingent or noncontigent, by reason of any thing or matter from the beginning of the world until 8:00 a.m. Eastern Standard Time on the date hereof, including without limitation any and all claims that were or that could have been made or asserted by RELEASOR in an action captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Index No. 05-04998 (N.Y. Sup. Ct. Westchester County) or that are or could have been the subject of or raised on an appeal or on a cross-appeal each captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Docket No. 2006-6548 (N.Y. Sup. Ct. App. Div. 2d Dep't).

Dated: November 16, 2006, New York
November 16, 2006

ConsumerLab.com, LLC

By: Tod Cooperman
President

Sworn to before me this
16th day of November, 2006

_Notary Public_

VERONICA A. REGAZZI
Notary Public, State of New York
No. 4960392
Qualified in Westchester County
Commission Expires December 26, 2007

## GENERAL RELEASE

In consideration of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, The Council for Responsible Nutrition, a District of Columbia not-for-profit corporation, on behalf of itself and its present and former officers, employees, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASOR"), does hereby release, acquit, discharge and hold harmless ConsumerLab.com, LLC, a New York limited liability company, its parents, subsidiaries, and commonly-owned affiliates, if any, and their present and former employees, officers, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASEE"), of and from any and all claims, actions, causes of action, appeals, liabilities, debts, sums, amounts, accounts, covenants, contracts, promises, agreements, controversies, damages, judgments and demands whatsoever, at law, admiralty or equity that RELEASOR now has, may have, ever had or may have had, known or unknown, fixed or unfixed, contingent or noncontigent, by reason of any thing or matter from the beginning of the world until 8:00 a.m. Eastern Standard Time on the date hereof, including without limitation any and all claims that were or that could have been made or asserted by RELEASOR in an action captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Index No. 05-04998 (N.Y. Sup. Ct. Westchester County) or that are or could have been the subject of or raised on an appeal or on a cross-appeal each captioned <u>ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al.</u>, Docket No. 2006-6548 (N.Y. Sup. Ct. App. Div. 2d Dep't).

Dated: Washington, D.C.
         November 16, 2006

                                                    The Council for Responsible Nutrition

                                                    By: Steven M. Mister
                                                         President and CEO

Sworn to before me this
16th day of November, 2006

Notary Public
Expires 7/1/08

# GENERAL RELEASE

In consideration of the sum of one dollar ($1.00), the receipt and sufficiency of which is hereby acknowledged, Annette Dickinson ("RELEASOR"), does hereby release, acquit, discharge and hold harmless ConsumerLab.com, LLC, a New York limited liability company, its parents, subsidiaries, and commonly-owned affiliates, if any, and their present and former employees, officers, directors, agents and attorneys, and the predecessors, heirs, administrators, successors and assigns of any of them (collectively, "RELEASEE"), of and from any and all claims, actions, causes of action, appeals, liabilities, debts, sums, amounts, accounts, covenants, contracts, promises, agreements, controversies, damages, judgments and demands whatsoever, at law, admiralty or equity, that RELEASOR now has, may have, ever had or may have had, known or unknown, fixed or unfixed, contingent or noncontigent, by reason of any thing or matter from the beginning of the world until 8:00 a.m. Eastern Standard Time on the date hereof, including without limitation any and all claims that were or that could have been made or asserted by RELEASOR in an action captioned ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al., Index No. 05-04998 (N.Y. Sup. Ct. Westchester County) or that are or could have been the subject of or raised on an appeal or on a cross-appeal each captioned ConsumerLab.com, LLC v. The Council for Responsible Nutrition, et al., Docket No. 2006-6548 (N.Y. Sup. Ct. App. Div. 2d Dep't).

Dated: _Eagan_, Minnesota
November 16, 2006

_Annette Dickinson_
Annette Dickinson

Sworn to before me this
16th day of November, 2006

_[signature]_
Notary Public

MATHEW DAVID QUADE
Notary Public
Minnesota
My Comm. Expires Jan 31, 2011