UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

      Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE
COMPANY,

      Defendant.

Case No.: 1:06-CV-01590-RMC

### DECLARATION OF PATRICK F. HOFER IN SUPPORT OF DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

TROUTMAN SANDERS LLP
Patrick F. Hofer, Bar No. 412665
Tracy P. Varghese, Bar No. 472805
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950

*Counsel for Defendant Hartford Casualty Insurance Company*

Dated:  February 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 1:06-CV-01590-RMC |

**DECLARATION OF PATRICK F. HOFER IN SUPPORT OF
DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

I, Patrick F. Hofer, an individual over the age of eighteen, do hereby declare as follows:

1. I am a partner with the law firm of Troutman Sanders LLP, located at 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004.

2. I am admitted to practice in the United States District Court for the District of Columbia.

3. I represent Hartford Casualty Insurance Company ("Hartford"), the defendant in this case.

4. Attached hereto as Exhibit 1 is a true and correct copy of the commercial business insurance policy issued by Hartford to the Council for Responsible Nutrition ("CRN") numbered 42 SBA FT4964, which covered the policy period April 1, 2004, to April 1, 2005 (the "Hartford Policy").

5. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit A to the Complaint filed in this action, which is the Complaint and its accompanying exhibits filed on April 5, 2005, by ConsumerLab.com, LLC ("ConsumerLab") against CRN and Annette Dickinson (the "Plaintiffs") in the Supreme Court of New York, County of Westchester.

6. Counsel for the Plaintiffs advised me in December 2006 that the Plaintiffs reached a settlement with ConsumerLab, and as a result the underlying litigation before the Supreme Court of New York, County of Westchester has been dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2007

_____
Patrick F. Hofer