

THE
HARTFORD

Date: October 30, 2006

SABC

Based on a review of electronic and hardcopy records, I certify that the attached
is a true and correct representation of our records for

Policy: 42 SBA FT4964
     Hartford policy number

Effective: 04/01/04    through    04/01/05
     Effective Date                    Expiration date

Issued by: Hartford Casualty Insurance Co.
     Writing company

[ ] I am unable to certify the above due to missing information from the policy.
The following form or endorsement is missing and can not be replicated.

Steven Orosco
Professional Support Department

San Antonio Business Center
Hartford Office Location

**EXHIBIT 1**

San Antonio Business Center
P.O. BOX 33015
San Antonio, TX 78265-3015
Toll Free 800 157 2379
Facsimile 887 905 0457

**HART000001**



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGE

This endorsement changes the policy effective on the Inception Date of the policy unless another date is indicated below:

**Policy Number:** 42 SBA FT4964    SA                    COPY

**Named Insured and Mailing Address:**    COUNCIL FOR RESPONSIBLE NUTRITION
SEE FORM IH1200
1828 L STREET, N.W., STE 900
WASHINGTON         DC 20036

**Policy Change Effective Date:** 01/06/05     **Effective hour is the same as stated in the Declarations Page of the Policy.**

**Policy Change Number:** 004

**Agent Name:**    PATTERSON/SMITH ASSOCIATES
**Code:**    640130

**POLICY CHANGES:**
RETURN PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE:    $136.00
*INCLUDES RETURN TERRORISM PREMIUM OF:    $3.00


PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS ARE REVISED

      EMPLOYEE DISHONESTY IS DELETED


      FORGERY COVERAGE IS DELETED



FORM NUMBERS OF ENDORSEMENTS DELETED AT ENDORSEMENT ISSUE:

IH12001185 ADDITIONAL INSURED - MANAGER/LESSOR
IH12001185 ADDITIONAL INSURED - LEASED EQUIPMENT



PRO RATA FACTOR: 0.233

THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.


**Form SS 12 11 03 92T**  Printed in U.S.A.         **Page** 001
**Process Date:** 01/13/05                          **Policy Expiration Date:** 04/01/05

HART000002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGE

This endorsement changes the policy effective on the Inception Date of the policy unless another date is indicated below:

**Policy Number:** 42 SBA FT4964   SA                    COPY

**Named Insured and Mailing Address:**      COUNCIL FOR RESPONSIBLE NUTRITION
                                            SEE FORM IH1200
                                            1828 L STREET, N.W., STE 900
                                            WASHINGTON          DC 20036

**Policy Change Effective Date:** 06/11/04      **Effective hour is the same as stated in the**
                                                **Declarations Page of the Policy.**

**Policy Change Number:** 003

**Agent Name:**   PATTERSON/SMITH ASSOCIATES
**Code:**         640130

## POLICY CHANGES:
NO PREMIUM DUE AS OF POLICY CHANGE EFFECTIVE DATE


FORM NUMBERS OF ENDORSEMENTS REVISED AT ENDORSEMENT ISSUE:

IH12001185 ADDITIONAL INSURED - LEASED EQUIPMENT




PRO RATA FACTOR: 1.000

THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.

**Form SS 12 11 03 92T** Printed in U.S.A.          **Page** 001
**Process Date:** 08/03/04                                         **Policy Expiration Date:** 04/01/05

HART000003

02228

*0100042FT49640505

**POLICY NUMBER:** 42 SBA FT4964



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

ADDITIONAL INSURED - LEASED EQUIPMENT

**Form IH 12 00 11 85 T SEQ. NO.** 004    **Printed in U.S.A. Page** 001
**Process Date:** 08/03/04                          **Expiration Date:** 04/01/05

HART000004

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGE

This endorsement changes the policy effective on the Inception Date of the policy unless another date is indicated below:

**Policy Number:** 42 SBA FT4964    SA                    COPY

**Named Insured and Mailing Address:**    COUNCIL FOR RESPONSIBLE NUTRITION
SEE FORM IH1200
1828 L STREET, N.W., STE 900
WASHINGTON        DC 20036

**Policy Change Effective Date:** 06/11/04        **Effective hour is the same as stated in the Declarations Page of the Policy.**

**Policy Change Number:** 002

**Agent Name:**    PATTERSON/SMITH ASSOCIATES
**Code:**        640130

## POLICY CHANGES:
NO PREMIUM DUE AS OF POLICY CHANGE EFFECTIVE DATE

LOCATION 001 BUILDING 001 IS REVISED

BUSINESS LIABILITY OPTIONAL COVERAGES ARE REVISED

ADDITIONAL INSURED(S) ARE ADDED
THE FOLLOWING ARE ADDITIONAL INSURED FOR BUSINESS LIABILITY COVERAGE IN
THIS POLICY.
        LOCATION 001 BUILDING 001
        LEASED EQUIPMENT:    SEE FORM IH 12 00

FORM NUMBERS OF ENDORSEMENTS ADDED AT ENDORSEMENT ISSUE:

IH1200 1185 ADDITIONAL INSURED - LEASED EQUIPMENT

PRO RATA FACTOR: 1.000

THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.

**Form SS 12 11 03 92T** Printed in U.S.A.        **Page** 001
**Process Date:** 06/25/04                    **Policy Expiration Date:** 04/01/05

HART000005

Text in left margin: 01939  2100042FT49640405  *2100042FT49640405*

**POLICY NUMBER:** 42 SBA FT4964



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

ADDITIONAL INSURED - LEASED EQUIPMENT


GE CAPITAL
1010 THOMAS EDISON BLVD SW,CEDAR RAPIDS
CEDAR RAPIDS, IA 52404
RE: LEASE COPIERS LOCATED AT 1828 L STREET, N.W.,SUITE 900
WASHINGTON, DC
ABOVE IS ALSO LOSS PAYEE.

**Form IH 12 00 11 85 T SEQ. NO.** 004    **Printed in U.S.A. Page** 001
**Process Date:** 06/25/04                          **Expiration Date:** 04/01/05

HART000006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGE

This endorsement changes the policy effective on the Inception Date of the policy unless another date is indicated below:

**Policy Number:** 42 SBA FT4964   SA                    COPY

**Named Insured and Mailing Address:**      COUNCIL FOR RESPONSIBLE NUTRITION
                                            SEE FORM IH1200
                                            1828 L STREET, N.W., STE 900
                                            WASHINGTON         DC 20036

**Policy Change Effective Date:** 04/27/04        **Effective hour is the same as stated in the Declarations Page of the Policy.**

**Policy Change Number:** 001

**Agent Name:**   PATTERSON/SMITH ASSOCIATES
**Code:**         640130

**POLICY CHANGES:**
NO PREMIUM DUE AS OF POLICY CHANGE EFFECTIVE DATE


FORM NUMBERS OF ENDORSEMENTS REVISED AT ENDORSEMENT ISSUE:

IH12001185 NAMED INSURED


PRO RATA FACTOR: 1.000

THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.


**Form SS 12 11 03 92T** Printed in U.S.A.          **Page** 001
**Process Date:** 05/05/04                                    **Policy Expiration Date:** 04/01/05


HART000007

**POLICY NUMBER:** 42 SBA FT4964



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

NAMED INSURED

COUNCIL FOR RESPONSIBLE NUTRITION
CRN 401 K PLAN

COUNCIL FOR RESPONSIBLE NUTRITION
MONEY PURCHASE PENSION PLAN

COUNCIL FOR RESPONSIBLE NUTRITION
CRN MONEY PURCHASE PENSION PLAN
CRN PAC

**Form IH 12 00 11 85 T SEQ. NO.** 001    **Printed in U.S.A. Page** 001
**Process Date:** 05/05/04    **Expiration Date:** 04/01/05

HART000008

# Hartford Spectrum

Business Insurance Policy



HART000009

**Form SS 00 01 04 93**   Printed in U.S.A.

HART000010

64
49
FT
SBA

This **Spectrum Policy** consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the insurance company of The Hartford Insurance Group shown below.

**INSURER:**    HARTFORD CASUALTY INSURANCE COMPANY
                HARTFORD PLAZA, HARTFORD, CT 06115
COMPANY CODE: 3

**Policy Number:** 42 SBA FT4964    SA

### SPECTRUM POLICY DECLARATIONS         COPY



**Named Insured and Mailing Address:**        COUNCIL FOR RESPONSIBLE NUTRITION
(No., Street, Town, State, Zip Code)          SEE FORM IH 12 00
                                              1828 L STREET, N.W., STE 900
                                              WASHINGTON        DC  20036

**Policy Period:**           From    04/01/04    **To**    04/01/05    1    YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in Maine, Michigan, New Hampshire, North Carolina.

**Name of Agent/Broker:** PATTERSON/SMITH ASSOCIATES
**Code:** 640130

**Previous Policy Number:** 42 SBA FT4964

**Named Insured is:** ASSOCIATION

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**TOTAL ANNUAL PREMIUM IS:**        $5,023
IN RECOGNITION OF THE MULTIPLE COVERAGES INSURED WITH THE HARTFORD, YOUR POLICY PREMIUM INCLUDES AN ACCOUNT CREDIT.

Countersigned by _____    _Margie K. Ope_____    _____
                                      Authorized Representative        Date

**Form SS 00 02 11 93 T** Printed in U.S.A. (NS)        Page 001 (CONTINUED ON NEXT PAGE)
**Process Date:** 02/23/04                              **Policy Expiration Date:** 04/01/05

04746

*0100042FT49640101*

HART000011

## SPECTRUM POLICY DECLARATIONS   (Continued)
**POLICY NUMBER:** 42 SBA FT4964

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001        **Building:** 001

1828 L STREET NW   STE 900
WASHINGTON            DC  20036

**Description of Business:**
ASSOCIATION  TRADE: NON PROFIT

**Deductible:** $1,000 PER OCCURRENCE

**BUILDING AND BUSINESS PERSONAL PROPERTY**        **LIMITS OF INSURANCE**

   **BUILDING**

                                                                  NO COVERAGE

   BUSINESS PERSONAL PROPERTY

      **REPLACEMENT COST**                              $     497,800

   PERSONAL PROPERTY OF OTHERS

      **REPLACEMENT COST**                              $      24,500

   MONEY AND SECURITIES

      **INSIDE THE PREMISES**                         $     10,000
      **OUTSIDE THE PREMISES**                        $      5,000

LOSS PAYEE: 'A' APPLIES
LOSS PAYEE: 'B' APPLIES
LOSS PAYEE: 'C' APPLIES

HART000012

**SPECTRUM POLICY DECLARATIONS (Continued)**
POLICY NUMBER: 42 SBA FT4964

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

Location: 001    Building: 001

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO THIS LOCATION | LIMITS OF INSURANCE |
|---|---|
| COMPUTERS AND MEDIA COVERAGE FORM SS 04 41 DEDUCTIBLE: $250 WAITING PERIOD: 12 HOURS | $ 200,000 |
| SUPER STRETCH FORM: SS 04 74 THIS FORM INCLUDES MANY ADDITIONAL COVERAGES AND EXTENSIONS OF COVERAGES. A SUMMARY OF THE COVERAGE LIMITS IS ATTACHED. | |
| LIMITED FUNGI, BACTERIA OR VIRUS COVERAGE: FORM SS 40 93 THIS IS THE MAXIMUM AMOUNT OF INSURANCE FOR THIS COVERAGE, SUBJECT TO ALL PROPERTY LIMITS FOUND ELSEWHERE ON THIS DECLARATION. INCLUDING BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FOR: | $ 50,000 |
| | 30 DAYS |

04747

*0100042FT49640101*

Form SS 00 02 11 93 T Printed in U.S.A. (NS)
Process Date: 02/23/04

Page 003 (CONTINUED ON NEXT PAGE)
Policy Expiration Date: 04/01/05

HART000013

## SPECTRUM POLICY DECLARATIONS  (Continued)
POLICY NUMBER: 42 SBA FT4964

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| BUSINESS INCOME AND EXTRA EXPENSE COVERAGE | 12 MONTHS ACTUAL LOSS SUSTAINED |
| COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | |
| ACTION OF CIVIL AUTHORITY: | 30 DAYS |
| EXTENDED BUSINESS INCOME: | 30 CONSECUTIVE DAYS |
| VALUABLE PAPERS AND RECORDS FORM SS 04 47 | $   75,000 |
| EMPLOYEE DISHONESTY: FORM SS 04 42 DEDUCTIBLE:  $ 100 EACH OCCURRENCE | $  100,000 |
| EQUIPMENT BREAKDOWN COVERAGE COVERAGE FOR DIRECT PHYSICAL LOSS DUE TO: MECHANICAL BREAKDOWN, ARTIFICIALLY GENERATED CURRENT AND STEAM EXPLOSION | |
| THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS HAZARDOUS SUBSTANCES CFC REFRIGERANTS | $   25,000 $   25,000 |
| MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY | |
| HIRED CAR PHYSICAL DAMAGE COVERAGE FORM SS 04 84 LIMIT PER ACCIDENT DEDUCTIBLE: $ 250 | $   50,000 |
| FORGERY COVERAGE FORM SS 04 86 DEDUCTIBLE: $ 500 | $  100,000 |

HART000014

**SPECTRUM POLICY DECLARATIONS** (Continued)
POLICY NUMBER: 42 SBA FT4964

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| LIABILITY AND MEDICAL EXPENSES | $1,000,000 |
| MEDICAL EXPENSES - ANY ONE PERSON | $   10,000 |
| PERSONAL AND ADVERTISING INJURY | $1,000,000 |
| DAMAGES TO PREMISES RENTED TO YOU<br>ANY ONE PREMISES | $  300,000 |
| AGGREGATE LIMITS<br>PRODUCTS-COMPLETED OPERATIONS | $2,000,000 |
| GENERAL AGGREGATE | $2,000,000 |

EMPLOYMENT PRACTICES LIABILITY
COVERAGE: FORM SS 09 01

| | |
|---|---|
| EACH CLAIM LIMIT | $    5,000 |
| DEDUCTIBLE - EACH CLAIM LIMIT<br>NOT APPLICABLE | |
| AGGREGATE LIMIT | $    5,000 |

RETROACTIVE DATE: 04012001

This **Employment Practices Liability Coverage** contains claims made coverage. Except as may be otherwise provided herein, specified coverages of this insurance are limited generally to liability for injuries for which claims are first made against the insured while the insurance is in force. Please read and review the insurance carefully and discuss the coverage with your Hartford Agent or Broker.

The Limits of Insurance stated in this Declarations will be reduced, and may be completely exhausted, by the payment of "defense expense" and, in such event, The Company will not be obligated to pay any further "defense expense" or sums which the insured is or may become legally obligated to pay as "damages".

DESCRIPTION OF SPECIAL EVENT:
TRADE SHOW
APRIL

BUSINESS LIABILITY OPTIONAL
COVERAGES

HIRED/NON-OWNED AUTO LIABILITY          $1,000,000
FORM:  SS 04 38

UMBRELLA LIABILITY - SEE
SCHEDULE ATTACHED

Form SS 00 02 11 93 T Printed in U.S.A. (NS)          **Page** 005 (CONTINUED ON NEXT PAGE)
Process Date: 02/23/04          Policy Expiration Date: 04/01/05

HART000015

**SPECTRUM POLICY DECLARATIONS** (Continued)
**POLICY NUMBER:** 42 SBA FT4964

**BUSINESS LIABILITY OPTIONAL COVERAGES**      **LIMITS OF INSURANCE**
   (Continued)

EMPLOYEE BENEFITS LIABILITY
COVERAGE: FORM SS 04 13
  CLAIMS-MADE
  RETROACTIVE DATE: 04/01/2001
  EACH CLAIM                 $1,000,000
  AGGREGATE               $2,000,000

HART000016

**SPECTRUM POLICY DECLARATIONS** (Continued)
POLICY NUMBER: 42 SBA FT4964

ADDITIONAL INSUREDS:    THE FOLLOWING ARE ADDITIONAL INSUREDS FOR BUSINESS
LIABILITY COVERAGE IN THIS POLICY.

LOCATION: 001 BUILDING: 001

TYPE:    MANAGER/LESSOR:

NAME:    SEE FORM IH 12 00

04749

*0100042FT49640101

**Form SS 00 02 11 93 T**  Printed in U.S.A. (NS)
**Process Date:** 02/23/04

**Page** 007 (CONTINUED ON NEXT PAGE)
**Policy Expiration Date:** 04/01/05

**HART000017**

## SPECTRUM POLICY DECLARATIONS  (Continued)
POLICY NUMBER: 42 SBA FT4964

```
LOSS PAYEE 'A':              PITNEY BOWES CREDIT CORPORATION
FORM SS 12 12               C/O LEASE INS. AGENCY SERVICES
                            P.O. BOX 5151
                            SHELTON, CT. 06484
          PROPERTY:         BUSINESS PERSONAL PROPERTY


LOSS PAYEE 'B':             BC LEASING ASSOCIATES
FORM SS 12 12               100 EAST SARATOGA
                            MARSHALL, MN. 56258
          PROPERTY:         BUSINESS PERSONAL PROPERTY


LOSS PAYEE 'C':             GE CAPITAL
FORM SS 12 12               P.O. BOX 64211
                            PITTSBURGH, PA. 15264
          PROPERTY:         BUSINESS PERSONAL PROPERTY
```

### Form Numbers of Forms and Endorsements that apply:

```
SS 00 01 04 93      SS 00 05 06 96     SS 00 07 10 02     SS 00 08 04 01
SS 84 15 03 00      SS 01 36 03 92     SS 04 13 03 92     SS 04 19 06 96
SS 04 30 03 00      SS 04 38 06 01     SS 04 39 10 02     SS 04 41 04 01
SS 04 42 03 00      SS 04 44 09 93     SS 04 45 10 96     SS 04 46 10 02
SS 04 47 10 02      SS 04 74 09 01     SS 04 78 04 01     SS 04 80 03 00
SS 04 84 03 00      SS 04 86 03 00     IH 10 01 09 86     SS 05 12 03 92
SS 05 47 09 01      SS 05 64 03 00     SS 09 01 09 00     SS 09 42 07 99
SS 12 12 03 92      SS 40 18 03 00     SS 40 23 03 00     SS 40 93 10 02
SS 50 19 06 03      SS 50 30 06 03     SX 80 01 06 97     SS 83 76 06 03
     IH 12 00 11 85 NAMED INSURED
     IH 12 00 11 85 ADDITIONAL  INSURED  - MANAGER/LESSOR
```

HART000018

# COMMON POLICY CONDITIONS

**Form SS 00 05 06 96** Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000019

# QUICK REFERENCE - SPECTRUM POLICY

## DECLARATIONS
### and
### COMMON POLICY CONDITIONS

## I. DECLARATIONS

Named Insured and Mailing Address
Policy Period
Description and Business Location
Coverages and Limits of Insurance

## II. COMMON POLICY CONDITIONS          Beginning on Page

| | |
|---|---|
| A. CANCELLATION | 1 |
| B. CHANGES | 1 |
| C. CONCEALMENT, MISREPRESENTATION OR FRAUD | 2 |
| D. EXAMINATION OF YOUR BOOKS AND RECORDS | 2 |
| E. INSPECTIONS AND SURVEYS | 2 |
| F. INSURANCE UNDER TWO OR MORE COVERAGES | 2 |
| G. LIBERALIZATION | 2 |
| H. OTHER INSURANCE - PROPERTY COVERAGE | 2 |
| I. OTHER INSURANCE - BUSINESS LIABILITY | 2 |
| J. PREMIUMS | 3 |
| K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US | 3 |
| L. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY | 4 |
| M. SUSPENSION IN COVERAGE | 4 |

Form SS 00 05 06 96  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000020

# COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

      Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started; and

         (b) Have not been contracted for, within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. Such refund will be pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

7. If the first Named Insured cancels this policy, we will retain no less than $100 of the premium.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized on behalf of all insureds to agree with us on changes in the terms of this policy. If the terms

Copyright, Hartford Fire Insurance Company, 1996

HART000021

COMMON POLICY CONDITIONS

are changed, the changes will be shown in an endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you at any time as it relates to this policy. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

## D. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to the policy at any time during the policy period and up to three years afterward.

## E. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. Such inspections are not safety inspections. We do not undertake any duty to provide for the health or safety of any person. And we do not represent or warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations on our behalf.

## F. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. OTHER INSURANCE - PROPERTY COVERAGE

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## I. OTHER INSURANCE - BUSINESS LIABILITY

If other valid and collectible insurance is available to the insured for a loss we cover under Business Liability Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of the Business Liability Coverage Form.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

Form SS 00 05 06 96  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000022

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not brought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## J. PREMIUMS

1. The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   **a.** Paid to us prior to the anniversary date; and

   **b.** Determined in accordance with paragraph **2.** above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

1. Applicable to Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   **a.** Prior to a loss to your Covered Property.

   **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         **(a)** Owned or controlled by you; or

         **(b)** That owns or controls you; or

      (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers. This will not restrict your insurance.

2. Applicable to Business Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**Form SS 00 05 06 96** Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000023

COMMON POLICY CONDITIONS

## L. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## M. SUSPENSION IN COVERAGE

This provision is applicable only to the Equipment Breakdown Additional Coverage in the Special Property Coverage Form.

Suspension

When any equipment covered by the Equipment Breakdown Additional Coverage is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance provided by the Equipment Breakdown Additional Coverage against loss or damage to that equipment.

We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

Our President and Secretary have signed this policy. The Declarations page has also been countersigned by our duly authorized agent.

Brian S. Becker, Secretary

David Zwiener, President

Form SS 00 05 06 96  Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000024

# SPECIAL PROPERTY COVERAGE FORM

**Form SS 00 07 10 02**

© 2002, The Hartford

HART000025

# QUICK REFERENCE

### SPECIAL PROPERTY COVERAGE FORM
### READ YOUR POLICY CAREFULLY

**SPECIAL PROPERTY COVERAGE FORM**                     **Beginning on Page**

**A.**  **COVERAGES**                                          1

    Covered Property                                     1
    Property Not Covered                                 1
    Covered Causes of Loss                               2
    Limitations                                          2
    Additional Coverages                                 3
    Coverage Extensions                                 11

**B.**  **EXCLUSIONS**                                        13

**C.**  **LIMITS OF INSURANCE**                               15

**D.**  **DEDUCTIBLES**                                       16

**E.**  **PROPERTY LOSS CONDITIONS**                          17

    Abandonment                                         17
    Appraisal                                           17
    Duties in the Event of Loss or Damage               17
    Legal Action Against Us                             17
    Loss Payment                                        17
    Recovered Property                                  19
    Resumption of Operations                            19
    Vacancy                                             19

**F.**  **PROPERTY GENERAL CONDITIONS**                       20

    Control of Property                                 20
    Mortgage Holders                                    20
    No Benefit to Bailee                                20
    Policy Period, Coverage Territory                   20

**G.**  **PROPERTY DEFINITIONS**                              21

Form SS 00 07 10 02

© 2002, The Hartford

HART000026

# SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the SECTION **G** - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations (also called "scheduled premises" in this policy) caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. **Buildings,** meaning only building(s) and structure(s) described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

(a) Fixtures;

(b) Machinery; and

(c) Equipment;

(3) Outdoor fixtures;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Building Glass, meaning glass that is part of a building or structure;

(6) Personal property owned by you that is used to maintain or service the buildings or structures on the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigeration, ventilating, cooking, dishwashing or laundering;

(7) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the "scheduled premises", used for making additions, alterations or repairs to the buildings or structures.

b. **Business Personal Property** located in or on the building(s) described in the Declarations at the "scheduled premises" or in the open (or in a vehicle) within 1,000 feet of the "scheduled premises", including:

(1) Property you own that is used in your business;

(2) Tools and equipment owned by your employees, which are used in your business operations.

(3) Property of others that is in your care, custody or control.

(4) Your use interest in tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(5) Leased personal property for which you have contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

### 2. Property Not Covered

Covered Property does not include:

a. Aircraft, automobiles, motor trucks and other vehicles subject to motor vehicle registration;

© 2002, The Hartford

HART000027

SPECIAL PROPERTY COVERAGE FORM

    **b.** Currency, "money," bullion, numismatic and philatelic property and bank notes or "securities" except as provided in the Additional Coverages or Optional Coverages. Lottery tickets held for sale and postage stamps in current use and having face value are not "securities".

    **c.** Contraband, or property in the course of illegal transportation or trade;

    **d.** Land (including land on which the property is located), water, growing crops or lawns;

    **e.** Outdoor fences, radio or television antennas, including their lead in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other then those held for sale or sold but not delivered), all except as provided in the:

        **(1)** Outdoor Property Coverage Extension; or

        **(2)** Outdoor Signs Optional Coverage;

    **f.** Watercraft (including motors, equipment and accessories) while afloat;

    **g.** The cost to research, replace or restore the information on "valuable papers and records", except as provided in the Coverage Extensions or Optional Coverages.

    **h.** "Data" and "software" which exists on electronic "media" including the cost to research, replace or restore them, except as provided in the Additional Coverages or Optional Coverages.

    **g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy.

**3. Covered Causes of Loss**

    RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

    **a.** Excluded in Section **B., EXCLUSIONS**; or

    **b.** Limited in Paragraph **A.4.** Limitations; that follow.

**4. Limitations**

    **a.** We will not pay for loss of or damage to:

        **(1)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Additional Coverage for "Money" and "Securities".

        **(2)** Property that has been transferred to a person or to a place outside the "scheduled premises" on the basis of unauthorized instructions.

        **(3)** The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

            **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

            **(b)** The loss or damage is caused by or results from thawing of snow, sleet, or ice on the building or structure.

    **b.** Pets and animals are covered only if:

        **(1)** They are inside the building; and

        **(2)** They are owned by others and boarded by you, or owned by you and held for sale or sold but not delivered.

    And then we will pay **only if** they are killed, or their destruction is made necessary by any of the "specified causes of loss" or they are stolen.

    **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

        **(1)** $2,500 for furs, fur garments and garments trimmed with fur;

        **(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item; and

        **(3)** $2,500 for patterns, dies, molds and forms.

        **(4)** $500 for stamps, lottery tickets held for sale and letters of credit.

    **d.** Unless specifically provided under a separate endorsement and with a specific Limit of Insurance indicated in the Declarations, we will not pay for loss or damage to "perishable stock" caused by or resulting from:

        **(1)** A change in temperature or humidity resulting from"

            **(a)** Mechanical breakdown or failure of:

               **(i)** Stationary heating plants; or

© 2002, The Hartford

HART000028

**(ii)** Refrigerating, cooling, or humidity control apparatus or equipment;

**(b)** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires; or

**(c)** Complete or partial failure or electric power on your "scheduled premises".

**(2)** Contamination by refrigerant.

**5. Additional Coverages**

**a. Accounts Receivable**

**(1)** This additional coverage applies only when a Limit of Insurance for Business Personal Property is shown in the Declarations.

We will pay up to $10,000 in any one occurrence, to cover:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss of or damage to your records of accounts receivable at the "scheduled premises".

**(2)** Paragraph **A.3.,** Covered Causes of Loss, and Section **B.,** Exclusions, do not apply to this Additional Coverage except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard; and

**(c)** Paragraph **B.1.f.,** War and Military Action.

**(3)** Additional Exclusions

**(a)** Dishonest acts by you, anyone else with an interest in the records of accounts receivable, or your or their employees or authorized representatives, or anyone

entrusted with the records of accounts receivable, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to a carrier for hire.

**(b)** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money," "securities," or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(c)** Bookkeeping, accounting or billing errors or omissions.

**(d)** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct loss or damage caused by lightning.

**(e)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**(f)** Unauthorized instructions to transfer property to any person or to any place.

**(4)** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**b. Collapse**

**(1)** With respect to Buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(c)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**(d)** A building that is standing or any part of a building that is standing is

HART000029

SPECIAL PROPERTY COVERAGE FORM

not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

(2) We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

(b) Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(c) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof; and

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

(3) We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items (b), (c) (d), (e) and (f) unless the loss or damage is a direct result of the collapse of a building:

awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

The criteria set forth in Paragraphs (1)(a) through (2)(a) do not limit the coverage otherwise provided under this Additional Coverage for the Causes of Loss listed in Paragraph (2)(a), (2)(d), and (2)(e)

(4) If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if

(a) the collapse was caused by a cause of loss listed in Paragraph (2)(a) through (2)(f) of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in Paragraph (3) above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph (4) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(5) This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this policy.

c. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical loss or damage; or

(b) The end of the policy period.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land; or

(b) Remove, restore or replace polluted land or water.

© 2002, The Hartford

Form SS 00 07 10 02

HART000030

**d. Equipment Breakdown**

We will pay for loss or damage caused by or resulting from risks of direct physical loss due to:

(1) Mechanical Breakdown, including rupture or bursting caused by centrifugal force.

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

(3) Explosion of steam boilers, steam piping, steam engines or steam turbines owned or leased by you, or operated under your control.

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such boilers or equipment.

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

Coverage Limitation

The following coverage limitation applies only to loss or damage caused by or resulting from (1) through (5) above:

Hazardous Substances

We will pay for the cost, not to exceed $25,000, to repair or replace Covered Property because of contamination by a hazardous substance. This includes the expenses to clean up or dispose of such property. Hazardous substance means any substance other than ammonia that has been declared by a government agency to be hazardous to health.

Cost in this limitation means those beyond what would have been required had no hazardous substance been involved.

This limit is part of and not in addition to the limits of insurance for Covered Property.

**Coverage Extensions**

The following coverage extension applies only to loss or damage caused by or resulting from (1) through (5) above:

**(1) CFC Refrigerants**

We will pay for the additional costs, up to $25,000, to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorinated fluorocarbon) substances.

This means the additional expense to do the least expensive of the following:

(a) Repair the damaged property and replace any lost CFC refrigerant;

(b) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

(c) Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

**(2) Defense**

If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control directly caused by Equipment Breakdown we will either:

(a) Settle the claim or "suit"; or

(b) Defend you against the claim or "suit," but keep for ourselves the right to settle it at any point.

**(3) Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

(a) All expenses we incur;

(b) The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds;

(c) All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit" including actual loss of earnings up to $100 a day because of time off from work;

(d) All costs taxed against you in any "suit" we defend;

(e) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

(f) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or

HART000031

deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

These payments will not reduce the Limit of Insurance shown in the Declarations.

**(4) Business Income and Extra Expense Extension**

The Business Income and Extra Expense Additional Coverage is extended to provide coverage for a tenant who has a loss of income from the lack of heating, cooling or power as a result of equipment breakdown to mechanical, electrical or pressure equipment of the building owner.

**Additional Condition**

Bankruptcy

The bankruptcy or insolvency of you or your estate will not relieve us of any obligation under this Additional Coverage.

**Additional Definition** "Suit" means a civil proceeding and includes:

**(1)** An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

**(2)** Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

**Jurisdictional Inspections:**

If any boiler or pressure vessel requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**e. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $15,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**f. Fire Extinguisher Recharge**

We will pay to cover your expenses for recharge of your hand fire extinguishers when they are emptied while fighting fire.

**g. Forgery**

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, or similar written promises, orders or directions to pay a sum certain in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent. This includes written instruments required in conjunction with any credit, debit, or charge card issued to you or any "employee" for business purposes.

**(2)** If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable expenses that you incur and pay in that defense.

**(3)** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(a)** Money orders, including counterfeit money orders, of any United States or Canadian post office, express company or national or state (or Canadian) chartered bank that are not paid upon presentation; and

**(b)** Counterfeit United States or Canadian paper currency.

**(1)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $5,000, unless a higher Limit of Insurance is shown in the Declarations.

**h. Glass Expense**

We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing replacing window displays.

**i. Increased Cost of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the

© 2002, The Hartford

HART000032

increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in paragraphs (3) through (9) of this Additional Coverage.

(3) The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this policy, is $10,000.  If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage for each damaged building is $10,000.

The amount payable under this Additional Coverage is additional Insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as possible after the loss or damage, not to exceed two years.  We may extend this

period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such terms would conflict with the provisions of this Additional Coverage.

(9) The Costs addressed in the Loss Payment Property Loss Condition do not include the increased cost attributable to enforcement of an ordinance or law.  The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**j.  Lock and Key Replacement**

We will pay up to $1,000 in any one occurrence for the re-keying of locks or the repair or replacement of locks at "scheduled premises" following the theft or the attempted theft of keys by burglars.

**k.  Money and Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the "scheduled premises", or in transit between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

© 2002, The Hartford

HART000033

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any "money"-operated device unless a continuous recording instrument in the device records the amount of "money" deposited in it.

**(3)** The most we will pay for loss in any one occurrence is:

**(a)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(i)** In or on the "scheduled premises"; or

**(ii)** Within a bank or savings institution; and

**(b)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**(4)** All loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5)** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**l.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the "scheduled premises" if the discharge, dispersal, seepage, migration, release or escape of the 'pollutants' is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**m.  Preservation of Property**

If it is necessary to move Covered Property from the "scheduled premises" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 10 days after the property is first moved.

**n.  Theft Damage to Building**

This Additional Coverage applies only to premises where you are a tenant and are responsible in the lease for such damage.

We will pay for loss or damage directly resulting from theft, burglary or robbery (except loss by fire or explosion) to a building:

**(1)** You occupy, including personal property that is used to maintain or service the building; or

**(2)** Containing covered personal property if you are legally liable for such loss or damage.

But we will not pay for such loss of or damage to property that is away from the "scheduled premises".

**o.  Water Damage, Other Liquid, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage except as provided in the Equipment Breakdown Additional Coverage. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**p.  Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary

© 2002, The Hartford

Form SS 00 07 10 02

HART000034

suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the "scheduled premises", including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll.

q. **Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the "scheduled premises", including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

(a) At the "scheduled premises"; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Cost to equip and operate the replacement or temporary location, other than those costs necessary to repair or to replace damaged stock and equipment.

(2) To minimize the suspension of business if you cannot continue "operations".

(3) (a) To repair or replace any property; or

(b) To research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage k., Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**Limitation:** This Extra Expense Coverage does not apply to:

(1) Any deficiencies in insuring building or business personal property; or

(2) Any expense related to any recall of products you manufacture, handle or distribute.

r. **Civil Authority**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain when access to your "Scheduled Premises" is specifically prohibited by order of a civil authority as the direct result of a Covered Cause of Loss to property in the immediate area of your "Scheduled Premises".

(2) The coverage for Business Income will begin 72 hours after the order of a civil authority and coverage will end at the earlier of:

(a) When access is permitted to your "Scheduled Premises"; or

(b) 30 consecutive days after the order of the civil authority.

s. **Extended Business Income**

(1) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

Ends on the earlier of:

(a) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

(b) 30 consecutive days after the date determined in (1)(a) above.

Loss of Business Income must be caused by direct physical loss or damage at the "scheduled premises" caused by or resulting from any Covered Cause of Loss.

HART000035

SPECIAL PROPERTY COVERAGE FORM

(2) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; and

(b) That a part or all of the "scheduled premises" is rendered untenantable as a result of a covered cause of loss.

**t. Business Income to Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of Materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(4) Dependent Property means property owned by others whom you depend on to:

(a) Deliver materials or services to you or to others for your account. But services does not include:

(i) Water, communication, or power services; or

(ii) Any type of web site, communication or Internet service.

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

(b) Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(6) The Business Income coverage period, as stated in Paragraph (5), does not include any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects "pollutants."

(7) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**u. Tenant Glass**

The Additional Coverage applies only to premises where you are a tenant and are responsible in the lease for such damage.

We will cover loss to glass, which is in your care, custody or control and for which the lease holds you responsible. The glass must be part of a building described in the Declarations or at a location that would be included in Coverage Extension **b.** Newly Acquired or Constructed Property.

The most that we will pay for each location under this Additional Coverage is $25,000.

**v. Leasehold Improvements**

If your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant, and you

© 2002, The Hartford

HART000036

cannot legally remove Tenant Improvements and Betterments we will extend Business Personal Property coverage to apply to the unamortized value of Tenants Improvement and Betterment that remains and you were forced to abandon.

The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000.

**w. Lease Assessment**

Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical damage caused by or resulting from a Covered Cause of Loss to building property as agreed to in your written lease agreement.

We will pay no more than $2,500 in any one occurrence for this Additional Coverage.

**6. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building at the "scheduled premises" or in the open (or in a vehicle) within 1,000 feet of the "scheduled premises".

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows:

**a. Arson Reward**

In the event that a covered fire loss was the result of an act of arson, we will reimburse you up to $10,000 for rewards you pay for information leading to convictions for that act of arson.

This is additional insurance. The deductible does not apply to these reimbursements.

**b. Data and Software**

We will pay up to $10,000 in any one occurrence to cover your costs to research, replace or restore "data" or "software" which exists or existed on electronic or magnetic "media" that is lost or damaged as a result of direct physical loss or damage to "computer equipment" at the "scheduled premises".

**c. Garages, Storage Buildings and Other Appurtenant Structures**

You may extend the insurance that applies to Building to apply to garages, storage buildings and other appurtenant structures, except outdoor fixtures and paved surfaces, at the "scheduled premises".

The most we will pay for loss or damage under this Extension is 10% of the Limits of Insurance for Building shown in the Declarations but not more than $50,000 at each "scheduled premises".

You may extend the insurance that applies to Business Personal Property in garages, storage buildings and other appurtenant structures at the "scheduled premises".

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Business Personal Property shown in the Declarations but not more than $5,000 at each "scheduled premises".

**d. Newly Acquired or Constructed Property**

**(1)** You may extend the insurance that applies to Building to apply to:

**(a)** Your new buildings while being built on the "scheduled premises"; and

**(b)** Buildings you acquire at locations other than the "scheduled premises", intended for:

**(i)** similar use as the Building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $500,000 at each premises.

**(2)** You may extend the insurance that applies to Business Personal Property to apply to:

**(a)** property at any premises you acquire or construct;

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed building, or

**(c)** Business Personal Property that you newly acquire, located at the "scheduled premises".

This extension does not apply to:

**(a)** Personal Property that you temporarily acquire in the course of installing or performing work on such property;

**(b)** Personal property of others that you temporarily acquire in the course of your wholesaling activity.

© 2002, The Hartford

HART000037

SPECIAL PROPERTY COVERAGE FORM

The most we will pay for loss or damage under this Extension is $250,000 at each premises.

(3) You may extend the insurance that applies to Business Income and Extra Expense to apply to newly acquired or constructed locations.

The most we will pay under this Extension is $50,000.

(4) If Covered Property is moved to a new premises endorsed onto this policy, from a "scheduled premises" being endorsed off this policy, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved. This coverage applies to up to 90 days after the move begins or upon completion of the move, whichever is sooner.

(5) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days after you acquire or begin to construct the property, or

(c) You report values to us.

We will charge you additional premium for values reported from the day construction begins or you acquire the property.

**e. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor:

(1) Fences, signs (other than signs attached to buildings), trees, shrubs and plants including debris removal expense, caused by or resulting from any of the following causes of loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion; and

(e) Aircraft.

The most we will pay for loss or damage under this Extension is $10,000 but not more than $1,000 for any one tree, shrub or plant.

(2) Radio and television antennas (including satellite dishes) including debris removal expense, caused by or resulting from any of the following causes of loss:

(a) Fire;

(b) Lightning;

(c) Windstorm;

(d) Ice, Snow, Sleet or Hail;

(e) Explosion;

(f) Riot or Civil Commotion; and

(g) Aircraft.

The most we will pay for loss or damage under this Extension is $2,000.

**f. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners, or your employees.

The most we will pay for loss or damage under this Extension is $2,500 at each "scheduled premises".

**g. Property Off Premises**

(1) You may extend the insurance that applies to Building to apply to such property that is temporarily at a location you do not own, lease or operate. This Extension applies only if loss or damage is caused by a Covered Cause of Loss. This Extension does not apply to property in course of transit.

The most we will pay under this is $5,000.

(2) You may extend the insurance that applies to Business Personal Property to apply to such property, other than "money" and "securities" while:

(a) In the course of transit and more than 1,000 feet from the "scheduled premises". Property must be in or on, but not permanently attached or installed in, a motor vehicle you own, lease or operate while between points in the coverage territory; or

(b) Temporarily at a premises you do not own, lease or operate.

(c) At a premises owned, leased, operated or used by you and the Business Personal Property is a vending machine.

(d) In or on, but not permanently attached to or installed in, motor vehicles operated by your employees in the course of your business operations.

(e) On temporary public display, or while being used at fairs, exhibitions, expositions, or trade

© 2002, The Hartford

**HART000038**

shows or while in transit to and from these temporary sites.

The most we will pay under this Extension is $2,500.

**h. Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "valuable papers and records", for which duplicates do not exist. The most we will pay under this Extension is $10,000 at each "scheduled premises". For "valuable papers and records" not at the "scheduled premises", the most we will pay is $5,000.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   except as otherwise provided under the Additional Coverage **A.5.h.**, Increased Cost of Construction

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil, and the action of water under the ground surface;

   But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay

for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting damage.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust, or particulate matter; or

   (c) Lava flow.

   (d) All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust, or particulate matter. That does not cause direct physical loss or damage to Covered Property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination however caused.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   **e. Power Failure**

   The failure of power or other utility service supplied to the "scheduled premises", however caused, if the failure occurs away from the "scheduled premises". Failure includes lack of sufficient capacity and reduction in supply necessary to maintain normal operations.

   But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   **f. War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign

HART000039

**SPECIAL PROPERTY COVERAGE FORM**

or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mud flow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

h. **Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

2. We will not pay for loss or damage caused by or resulting from:

a. **Consequential Losses:** Delay, loss of use or loss of market.

b **Smoke, Vapor, Gas:** Smoke, vapor or gas from agricultural smudging or industrial operations.

c. **Miscellaneous Types of Loss:**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, mold, spore or other animals;

(6) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

d. **Frozen Plumbing:** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

e. **Dishonesty:** Dishonest or criminal act by you, any of your partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

f. **False Pretense:** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. **Exposed Property:** Rain, snow, ice or sleet to personal property in the open, except as provided in the Coverage Extension for Outdoor Property.

h. **Collapse:** Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the "scheduled premises", we will pay for that resulting loss or damage.

i. **Pollution:** We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss"

© 2002, The Hartford

Form SS 00 07 10 02

HART000040

results, we will pay for the resulting loss or damage caused by the "specified cause of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   a. **Weather conditions:** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   b. **Acts or Decisions:** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. **Negligent Work:** Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance of part or all of any property on or off the "scheduled premises".

4. **Business Income and Extra Expense Exclusions**. We will not pay for:

   a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

      (1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations', we will cover such loss that affects your Business Income during the "period of restoration".

   b. Any other consequential loss.

5. **Equipment Breakdown Exclusions**

   We will not pay for loss or damage caused by or resulting from:

   a. Breakdown of any structure, foundation, cabinet, compartment or air supported structure or building;

   b. Breakdown of any insulating or refractory material;

   c. Breakdown of any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feed water piping, boiler condensate, return piping or water piping forming a part of a refrigerating or air conditioning system;

   d. Breakdown of any vehicle, dragline, excavation or construction equipment;

   e. Breakdown of any equipment manufactured by you for sale;

   f. Any of the following tests:

      (a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

      (b) An insulation breakdown test of any type of electrical equipment.

**C. LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $5,000 per sign in any one occurrence.

3. The limits applicable to:

   a. Coverage Extensions; and

   b. The following Additional Coverages:

      (1) Accounts Receivable,

      (2) Fire Department Service Charges,

      (3) Fire Extinguisher Recharge, and

      (4) Pollutant Clean Up and Removal

      are in addition to the Limits of Insurance.

4. Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

   a. Preservation of Property; or

   b. Debris Removal; but if:

      (1) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

      (2) The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage.

      We will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

5. **Building Limit - Automatic Increase**

   a. The Limit of Insurance for Building(s) will automatically increase annually by 4%.

   b. The amount of increase will be:

© 2002, The Hartford

HART000041

(1) The Limit of Insurance for Building that applied on the most recent of the policy inception date, policy anniversary date, or any other policy change amending the Building limit, times

(2) The percentage of annual increase shown above, expressed as a decimal (.04); times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance for Building, divided by 365.

Example: The applicable Limit of Insurance for Building is $100,000. The annual percentage increase is 4%. The number of days since the beginning of policy period (or last policy change) is 146.

The amount of increase is:

$100,000 X .04 X 146 divided by 365 = $1,600

6. **Business Personal Property Limit - Seasonal Increase**

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if all Limits of Insurance shown in the Declarations for Business Personal Property is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

**D. DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. A $250 deductible applies to the following Glass Coverages:

a. Building Glass

b. Glass Expense

c. Tenant Glass

3. Except as listed below, the deductible applicable to Coverage Extensions and

Additional Coverages in the Special Property Coverage form is $100.

a. No deductible applies to the following Coverage Extensions and Additional Coverages:

(1) Fire Extinguisher Recharge;

(2) Preservation of Property;

(3) Fire Department Service Charge;

(4) Business Income, Extra Expense, Civil Authority and Extended Business Income;

(5) Arson Reward; and

(6) Lock and Key Replacement

b. The deductible applicable to the following Additional Coverages is $250:

(1) "Money" and "Securities"; and

(2) Personal Effects

c. The deductible applicable to the following Additional Coverages is the policy deductible which is shown in the Declarations of this policy

(1) Equipment Breakdown;

(2) Increased Cost of Construction; and

(3) Leasehold Improvements unless a separate Deductible is shown in the Declarations.

4. The deductible applicable to the following coverages is $100 whether the coverage is provided on a separate coverage form or the coverage is provided in a form that includes a package of coverages, such as a STRETCH endorsement:

a. Accounts Receivable;

b. Employee Dishonesty;

c. Outdoor Signs;

d. Glass;

e. Temperature Change; and

f. "Valuable Papers and Records"

unless a separate Deductible is shown in the Declarations.

5. No Deductible is applicable to the following coverages whether the coverage is provided on a separate coverage form or the coverage is provided in a form that includes a package of coverages, such as a STRETCH endorsement:

a. ERISA - Employee Dishonesty

b. Fine Arts.

6. Each deductible shall be applied separately but only to the coverage specified, and the total deductible for all losses in any one occurrence

© 2002, The Hartford

Form SS 00 07 10 02

HART000042

SPECIAL PROPERTY COVERAGE FORM

shall be the highest deductible amount that applies to this occurrence.

## E. PROPERTY LOSS CONDITIONS

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties In The Event Of Loss Or Damage

You must see that the following are done in the event of loss of or damage to Covered Property:

**a.** Notify the police if a law may have been broken.

**b.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**c.** As soon as possible, give us description of how, when and where the loss or damage occurred.

**d.** Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limits of Insurance.

**e.** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**f.** Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged property for inspection, testing and analysis.

**g.** If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

**h.** Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**i.** Cooperate with us in the investigation or settlement of the claim.

**j.** Resume part or all of your "operations" as quickly as possible.

### 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### 5. Loss Payment

In the event of loss or damage covered by this policy:

**a.** At our option we will either:

(1) Pay the value of lost or damaged property, as described in paragraph **d.** below;

(2) Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

**b.** We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost

© 2002, The Hartford

HART000043

**SPECIAL PROPERTY COVERAGE FORM**

basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

    (i) Until the lost or damaged property is actually repaired or replaced; and

    (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

    (i) The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

    (ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the **Actual Cash Value - Buildings** option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

    (a) Manuscripts;

    (b) Works of art, antiques or rare articles, including etchings, pictures, statuary, objects of marble, bronzes, porcelains and bric-a-brac.

    (c) Household contents, except personal property in apartments or rooms furnished by you as landlord.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

    (a) Replacement cost if you make repairs promptly.

    (b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        (i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        (ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    (c) Nothing, if others pay for repairs or replacement.

(6) "Valuable Papers and Records", at the cost of:

    (a) Blank materials for reproducing the records; and

    (b) Labor to transcribe or copy the records.

(7) "Money" and "Securities":

    (a) "Money" at its face value; and

    (b) "Securities" at their value at the close of business on the day the loss is discovered.

The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

(a) Distilled spirits;

(b) Wines;

(c) Rectified products; or

(d) Beer.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of

© 2002, The Hartford

Form SS 00 07 10 02

HART000044

SPECIAL PROPERTY COVERAGE FORM

lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

(1) You have complied with all of the terms of this policy; and

(2) (a) We have reached agreement with you on the amount of loss, or

(b) An appraisal award has been made.

h. The following condition applies to any loss payment for Extra Expense:

We will deduct from the total Extra Expense to be paid:

(1) The salvage value that remains of any property bought for temporary use during the Period of Restoration, once business operations are resumed: and

(2) Any Extra Expense that is paid for by other insurance.

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

7. **Resumption of Operations**

In the event of loss or damage at the "scheduled premises" you must resume all or part of your "operations" as quickly as possible.

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the "scheduled premises" or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

8. **Vacancy**

a. **Description of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs (a) and (b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

9. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. With respect to Covered Causes of Loss other than those listed in **a.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

Form SS 00 07 10 02

© 2002, The Hartford

Page 19 of 22

HART000045

## F. PROPERTY GENERAL CONDITIONS

### 1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgage Holders

**a.** The term mortgage holder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

 (1) Pays any premium due under this policy at our request if you have failed to do so;

 (2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

 (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

 (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

 (2) The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event,

your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

 (1) 10 days before the effective date of cancellation if we cancel for your non payment of premium; or

 (2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

### 3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

**a.** We cover loss or damage commencing:

 (1) During the policy period shown in the Declarations; and

 (2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

But we do not cover loss or damage that is also covered by a preceding policy.

**b.** The coverage territory is:

 (1) The United States of America (including its territories and possessions);

 (2) Puerto Rico; and

 (3) Canada.

### 5. Additional Conditions

The following conditions apply to paragraph A.5.u., Forgery Additional Coverage:

**a.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**b.** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**c.** The Coverage Territory is revised to cover loss you sustain anywhere in the world.

© 2002, The Hartford

Form SS 00 07 10 02

HART000046

SPECIAL PROPERTY COVERAGE FORM

## G. PROPERTY DEFINITIONS

1. "Computer" means a programmable electronic device that can store, retrieve and process "data".

2. "Computer Equipment" means "computers", "peripheral devices", "media", and manuals that are purchased to be used in conjunction with hardware and "software".

3. "Counterfeit" means an imitation of an actual valid original which is intended to deceive and to be taken as the original.

4. "Data" means information or facts stored in a "computers" memory, on "software" or on "media".

5. "Finished Stock" means stock you have manufactured.

   "Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this policy.

6. "Manager" means a person serving in a directorial capacity for a limited liability company.

7. "Media" means the magnetic material used solely with the "computer" or "peripheral device" upon which "software" or "data" is stored, such as tapes or disks.

8. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

9. "Money" means:

   a. Currency, coins and bank notes whether or not in current use; and

   b. Travelers checks, registered checks and money orders held for sale to the public.

10. "Operations" means the type of your business activities occurring at the "scheduled premises" and tenantability of the "scheduled premises".

11. "Period of Restoration" means the period of time that:

    a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the "scheduled premises", and

    b. Ends on the date when the property at the "scheduled premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Period of Restoration" does not include any increased period required due to enforcement of any law that:

    a. Regulates the construction, use or repair, or required the tearing down of any property; or

    b. Regulates the prevention, control, repair, clean up or restoration of environmental damage.

       The expiration date of this policy will not cut short the "period of restoration".

12. "Peripheral Device" means any physical unit used to operate the "computer' that cannot be used for purposes other than as part of the computers system, such as tape or disk drives, printers, or modems.

13. "Perishable Stock" means personal property:

    a. Maintained under controlled conditions for its preservation; and

    b. Susceptible to loss or damage if the controlled conditions change.

14. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

15. "Scheduled Premises" means any premises listed by location address in the Scheduled Premises section of the Declarations.

16. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets except Lottery Tickets, revenue and other non-postage stamps whether or not in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which are not of your own issue;

    but does not include "money."

17. "Software" means instructions or programs that are stored on "media" and which instruct the hardware as to how to process "data".

18. "Specified Causes of Loss" means the following:

    Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the

© 2002, The Hartford

HART000047

**SPECIAL PROPERTY COVERAGE FORM**

action of water on limestone or dolomite. It does not include the cost of filling sinkholes.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

19. "Suspension" means:

a. The partial or complete cessation of your business activities; and

b. That a part or all of the "scheduled premises" is rendered untenantable as a result of a covered cause of loss.

20. "Valuable papers and records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" and "securities", "data" and "software" or the materials on which the "data" and "software" is recorded.

© 2002, The Hartford

Form SS 00 07 10 02

HART000048

# BUSINESS LIABILITY COVERAGE FORM

**Form SS 00 08 04 01**

© 2001, The Hartford

HART000049

# QUICK REFERENCE
# BUSINESS LIABILITY COVERAGE FORM
# READ YOUR POLICY CAREFULLY

**BUSINESS LIABILITY COVERAGE FORM**                                **Beginning on Page**

**A.    COVERAGES**                                                          1
Business Liability                                                           1
Medical Expenses                                                            1
Professional Services Coverages                                             2
Incidental Malpractice Coverage                                            2
Coverage Extension - Supplementary Payments                                3

**B.    EXCLUSIONS**                                                          4

**C.    WHO IS AN INSURED**                                                   9

**D.    LIABILITY AND MEDICAL EXPENSES
       LIMITS OF INSURANCE**                                                12

**E.    LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS**                 13

   1.   Bankruptcy                                                          13

   2.   Duties in The Event of Occurrence, Claim or Suit                    13

   3.   Financial Responsibility Laws                                       14

   4.   Legal Action Against Us                                             14

   5.   Separation of Insureds                                             14

   6.   Unintentional Failure To Disclose Hazards                         14

   7.   Other Insurance – Primary Additional Insured                       14

**F.    OPTIONAL COVERAGES**                                                15

       Additional Insureds                                                 15

**G.    LIABILITY AND MEDICAL EXPENSES DEFINITIONS**                        17

HART000050



# BUSINESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the stock insurance company member of THE HARTFORD providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **C.** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** - Liability And Medical Expenses Definitions.

In consideration of the payment of the premium when due, and:

**a.** In reliance upon the statements made in the Declarations; and

**b.** Subject to the Limits Of Insurance, Exclusions, Definitions, Conditions and all other terms of this policy, including those modified, replaced by or added by endorsements we issue forming a part of this policy,

we agree with you as follows:

## A. COVERAGES

**1. BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)**

**Insuring Agreement**

**a.** We will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.

We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **D.** - Liability And Medical Expenses Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses to which this insurance applies.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Coverage Extension - Supplementary Payments.

**b.** This insurance applies to:

**(1)** "Bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(b)** The "bodily injury" or "property damage" occurs during the policy period.

**(2)** "Personal and advertising injury" caused by an offense arising out of your business, but only if the offense is committed in the "coverage territory" during the policy period.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. MEDICAL EXPENSES**

**Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations; provided that:

      **(a)** The accident takes place in the "coverage territory" and during the policy period;

      **(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

      **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

    **(1)** First aid administered at the time of an accident;

    **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**3. PROFESSIONAL SERVICES COVERAGES**

When your operations include:

  **a.** Optical or hearing aid establishments, Exclusion **j. (7)** in Section **B. - EXCLUSIONS** does not apply.

  **b.** Retail druggist or drugstore, Exclusion **j. (10)** in Section **B. - EXCLUSIONS** does not apply.

  **c.** Funeral director or funeral parlors, the following professional services coverage is added:

    **(1)** The Business Liability Coverage applies to damages arising out of professional services by you or your "employees" in the course of your mortician or funeral parlor business. Subject to the Limits of Insurance stated in Section **D.** of this form, we will pay on behalf of the insured those sums that the insured becomes legally obligated to pay as damages for "bodily injury" including mental anguish, and "property damage" because of any:

      **(a)** Professional malpractice, error or omission in the

        **(i)** Removal;

        **(ii)** Handling;

        **(iii)** Disposition;

        **(iv)** Cremation;

        **(v)** Burial;

        **(vi)** Embalming; or

        **(vii)** Disinterment, of any "deceased human body";

        **(viii)** Conduct of any memorial service even though no "deceased human body" actually be present; and

        **(ix)** Injury to, destruction of or interference with the right of burial of a "deceased human body".

      **(b)** Professional service by any insured as a member of a:

        **(i)** Formal accreditation board; or

        **(ii)** A similar professional board or committee.

    **(2)** This insurance also applies to damages for "property damage" caused by an "occurrence" to:

      **(a)** Urns;

      **(b)** Caskets, linings or fittings;

      **(c)** Casket cases;

      **(d)** Crypts or mausoleums; or

      **(e)** Other facilities belonging to others that are in the care, custody or control of the insured and used for the purpose of burying or caring for a "deceased human body".

    **(3)** Only Exclusions **d.**, **e.**, **f.** and **k.** in Section **B. - EXCLUSIONS** apply to this coverage.

    **(4) Additional Definition**

    "Deceased human body" includes any part of a human body severed therefrom and ashes of a deceased human body after legal cremation.

**4. INCIDENTAL MALPRACTICE COVERAGE**

  **a.** The definition of "bodily injury" in Section **G. - LIABILITY AND MEDICAL EXPENSES DEFINITIONS** is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

Form SS 00 08 04 01

HART000052

b. Paragraph **2.a.(1)(d)** in Section **C.** - WHO IS AN INSURED does not apply to nurses, emergency medical technicians or paramedics referred to in **a.** above.

c. Paragraph **(1)** of Exclusion **e.** in Section **B.** - EXCLUSIONS does not apply to injury to the emotions or reputation of a person arising out of such services.

This Incidental Malpractice Coverage does not apply if you are engaged in the business or occupation of providing any services referred to in **a.** above.

## COVERAGE EXTENSION - SUPPLEMENTARY PAYMENTS

1. We will pay, with respect to any claim or "suit" we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $1,000 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation of the claim or defense of the "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All costs taxed against the insured in the "suit".

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   Any amounts paid under **a.** through **g.** above will not reduce the Limits of Insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interest of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

   So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

HART000053

Not withstanding the provisions of paragraph **1.b.(b)** of Section **B.** – EXCLUSIONS, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

## B. EXCLUSIONS

**1. Applicable to Business Liability Coverage**

This insurance does not apply to:

**a. Expected or Intended Injury**

**(1)** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or

**(2)** "Personal and advertising injury" arising out of an offense committed by, at the direction of or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury".

**b. Contractual Liability**

**(1)** "Bodily injury" or "property damage"; or

**(2)** "Personal and advertising injury"

for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages because of:

**(a)** "Bodily injury", "property damage" or "personal and advertising injury" that the insured would have in the absence of the contract or agreement; or

**(b)** "Bodily injury" or "property damage" assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the

execution of the contract or agreement. Solely for the purpose of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for an indemnitee are deemed to be damages because of "bodily injury" or "property damage" provided:

**(i)** Liability to such indemnitee for, or for the cost of, that indemnitee's defense has also been assumed in the same "insured contract", and

**(ii)** Such attorney fees and litigation expenses are for defense of that indemnitee against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business, or

Form SS 00 08 04 01

HART000054

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollution**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

Form SS 00 08 04 01

Page 5 of 20

HART000055

**BUSINESS LIABILITY COVERAGE FORM**

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or

rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) An aircraft that is:

(a) Hired, chartered or loaned with a paid crew; but

(b) Not owned by any insured;

(2) A watercraft while ashore on premises you own or rent; or

(3) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons for a charge.

This provision (3) applies to any person who, with your expressed or implied consent either uses or is responsible for use of a watercraft.

Provisions under paragraphs (1) and (3) of this Exclusion g. do not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under those provisions, whether the other insurance is primary, excess, contingent or on any other basis. In that case, provisions (1) and (3) above do not provide any insurance.

(4) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(5) Liability assumed under any "insured contract" for the ownership, maintenance, or use of aircraft or watercraft; or

(6) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraphs f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

Form SS 00 08 04 01

HART000056

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incidental to war. War includes civil war, insurrection, rebellion or revolution.

This exclusion applies only to liability assumed under a contract or agreement.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications;

**(3)** Supervisory, inspection, architectural or engineering activities;

**(4)** Medical, surgical, dental, x-ray or nursing services or treatment;

**(5)** Any health service or treatment;

**(6)** Any cosmetic or tonsorial service or treatment;

**(7)** Optical or hearing aid services including prescribing, preparation, fitting, demonstration, or distribution of ophthalmic products or hearing aid devices;

**(8)** Optometric services including but not limited to examination of the eyes and prescribing of ophthalmic lenses and exercises;

**(9)** Ear piercing services;

**(10)** Services in the practice of pharmacy.

**(11)** Computer consulting, design or programming services, including web site design.

Paragraphs **(4)** and **(5)** of this exclusion do not apply to Incidental Malpractice coverage afforded under paragraph **4.** in Section **A. - COVERAGE.**

**k. Damage to Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Section **D. - LIMITS OF INSURANCE.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to the use of elevators.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(4)** of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at a job site.

HART000057

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.  Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard". This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage to Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product";

**(2)**  "Your work"; or

**(3)**  "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.  "Personal and Advertising Injury":**

**(1)**  Arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(2)**  Arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period;

**(3)**  Arising out of a criminal act committed by or at the direction of the insured;

**(4)**  Arising out of any breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement";

**(5)**  Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(6)**  Arising out of the wrong description of the price of goods, products or services;

**(7)**  Arising out of any violation of any intellectual property rights, such as patent, trademark, trade name, trade secret, service mark or other designation of origin or authenticity.

However, this exclusion does not apply to infringement, in your "advertisement", of

**(a)** Copyright;

**(b)** Slogan, unless the slogan is also a trademark, trade name, service mark or other designation of origin or authenticity; or

**(c)** Title of any literary or artistic work;

**(8)**  Arising out of an offense committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to paragraphs **a.**, **b.** and **c.** under the definition of "personal and advertising injury" in Section **G. – LIABILITY AND MEDICAL EXPENSES DEFINITIONS.**

For the purposes of this exclusion, placing an "advertisement" for or linking to others on your web site, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

Form SS 00 08 04 01

HART000058

**(9)** Arising out of an electronic chat room or bulletin board you host, own, or over which you exercise control;

**(10)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers;

**(11)** Arising out of the violation of a person's right of privacy created by any state or federal act.

However, this exclusion does not apply to liability for damages that the insured would have in the absence of such state or federal act;

**(12)** Arising out of:

**(a)** An "advertisement" for others on your web site;

**(b)** Placing a link to a web site of others on your web site; or

**(c)** Content from a web site of others displayed within a frame or border on your web site. Content includes information, code, sounds, text, graphics or images;

**(13)** Arising out of a violation of any anti-trust law; or

**(14)** Arising out of the fluctuation in price or value of any stocks, bonds or other securities.

Exclusions **c.** through **i.**, **k.**, **l.**, **m. and n.** do not apply to damage by fire, lightning or explosion to premises rented to you. A separate Limit of Insurance applies to this coverage as described in Section **D.** - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE.

**2.** **Applicable to Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** **Any Insured**

To any insured, except "volunteer workers".

**b.** **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** **Athletics Activities**

To a person injured while taking part in athletics.

**f.** **Products-Completed Operations Hazard**

Included with the "products-completed operations hazard".

**g.** **Business Liability Exclusions**

Excluded under Business Liability Coverage.

**h.** **War**

Due to war, whether or not declared, or any act or condition incidental to war. War includes civil war, insurrection, rebellion or revolution.

## C. WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your manager.

**d.** An organization other than a partnership or joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**Form SS 00 08 04 01**

HART000059

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

   (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

   (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

   (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

   (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

   (a) Owned, occupied or used by; or

   (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this insurance.

e. Any "employee" of the insured while acting in the scope of his/her duties as a retail pharmacist, or optician or optometrist.

f. **Additional Insureds by Contract, Agreement or Permit**

Any person or organization with whom you agreed, because of a written contract or agreement or permit, to provide insurance such as is afforded under this Business Liability Coverage Form, but only with respect to your operations, "your work" or facilities owned or used by you.

However, coverage under this provision does not apply:

(1) Unless the written contract or agreement has been executed or a permit has been issued prior to the "bodily injury", "property damage" or "personal and advertising injury".

(2) To any person or organization included as an insured under provision g. (Broad Form Vendors).

(3) To any other person or organization shown in the Declarations as an Additional Insured.

Coverage under this provision includes the following:

(1) When an **engineer, architect** or **surveyor** becomes an insured under provision 2.f., the following additional exclusion applies:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you including:

   (a) The preparing, approving, or failure to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; and

   (b) Supervisory, inspection, architectural or engineering activities.

(2) When a **lessor of leased equipment** becomes an insured under provision 2.f., the following additional exclusions apply:

HART000060

(a) To any "occurrence" which takes place after the equipment lease expires; or

(b) To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

(3) When **owners or other interests from whom land has been leased** become an insured under provision **2.f.**, the following additional exclusions apply:

(a) Any "occurrence" which takes place after you cease to lease that land; or

(b) Structural alterations, new construction or demolition operations performed by or on behalf of the owners or other interests from whom land has been leased.

(4) When **managers or lessors of premises** become an insured under provision **2.f.**, the following exclusions apply:

(a) Any "occurrence" which takes place after you cease to be a tenant in that premises: or

(b) Structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessors of the premises.

g.  **Additional Insured - Broad Form Vendors**

Any person or organization with whom you agreed, because of a written contract or agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

(1) The insurance afforded the vendor does not apply to:

(a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in product made intentionally by the vendor;

(d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations except such operations performed at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

(2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

(3) This provision **g.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Part.

(4) This provision **g.** does not apply if "bodily injury" or "property damage" included within the "products-completed operation hazard" is excluded either by the provisions of the Coverage Part or by endorsement.

h.  **Broad Form Named Insured**

Any subsidiary and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of this coverage form.

HART000061

The insurance afforded herein for any subsidiary not shown in the Declarations as a named insured does not apply to injury or damage with respect to which an insured under this insurance is also an insured under another policy or would be an insured under such policy but for its termination or upon the exhaustion of its limits of insurance.

**i. Newly Formed or Acquired Organizations**

Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

(1) Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

(2) Coverage under this provision does not apply to:

(a) "Bodily injury" or "property damage" that occurred; or

(b) "Personal and advertising injury" arising out of an offense

committed before you acquired or formed the organization.

**j. Additional Insured – Volunteer Workers**

Your "volunteer workers", but only while performing duties related to the conduct of your business.

(1) However, no "volunteer workers" are insureds for:

(a) "Bodily injury", "property damage" or "personal and advertising injury" arising out of rendering or the failure to render professional services.

(b) "Bodily injury" or "personal and advertising injury":

(i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), your other "volunteer workers" or to your "employees" arising out of and in the course of their duties for you;

(ii) To the spouse, child, parent, brother or sister of your "volunteer workers" or your "employees" as a consequence of paragraph (1)(a) above; or

(c) "Property damage" to property:

(i) Owned, occupied or used by,

(ii) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your other "volunteer workers", your "employees", any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

**3. Additional Insured - Mobile Equipment**

With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

HART000062

**2. Aggregate Limits**

The most we will pay for:

**a.** Injury or damages under the "products-completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate Limit shown in the Declarations.

**b.** All other injury or damages, including medical expenses, arising from all "occurrences" during the policy period is the General Aggregate Limit shown in the Declarations.

This General Aggregate Limit applies separately to each of your "locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway or right-of-way of a railroad.

This aggregate limit does not apply to "property damage" to premises rented to you arising out of fire, lightning or explosion.

**3.** Subject to item **2.** above, the most we will pay for the sum of all damages because of all "bodily injury", "property damage" and medical expenses arising out of any one "occurrence" is the Liability and Medical Expenses Limit shown in the Declarations.

The most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses Limit shown in the Declarations.

**4.** Subject to item **2.** above, the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization is the Personal and Advertising Injury Limit shown in the Declarations.

**5.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner, is the Damage To Premises Rented To You Limit shown in the Declarations.

The Damage to Premises Rented To You Limit applies to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of the three.

If more than one limit of insurance under this policy and any endorsements attached thereto applies to any claim or "suit", the most we will pay under this policy and the endorsements is the single highest limit of liability of all coverages applicable to such claim or "suit". However, this paragraph does not apply to the Medical Expenses limit set forth in paragraph **3.** above.

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under the policy.

**2. Duties in The Event of Occurrence, Offense, Claim or Suit**

**a.** You must see to it that we are notified promptly of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place; and

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

This condition applies only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership; or

**(3)** A manager if you are a limited liability company;

**(4)** An "executive officer" or insurance manager, if you are a corporation; or

**(5)** Any elected or appointed official, if you are a political subdivision or public entity.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

HART000063

**(2)** Notify us as soon as practicable.

You must see to it that we receive a written notice of the claim or "suit" as soon as practicable.

But this condition will not be considered breached unless the breach occurs after such claim or "suit" is known to anyone listed in **2 .a. (1)** through **(5)** above.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

**b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4. Legal Action Against Us**

No person or organization has a right under this coverage form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this coverage form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom a claim is made or "suit" is brought.

**6. Unintentional Failure to Disclose Hazards**

It is agreed that based on our reliance on your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we shall not deny any coverage under this Coverage Form because of such failure.

**7. Other Insurance - Primary Additional Insured**

If the written contract or agreement or permit requires this insurance to be primary for any person or organization with whom you agree to include in WHO IS AN INSURED, this Other Insurance Provision is applicable.

If other valid and collectible insurance is available for a loss we cover under this Business Liability Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary. We will not seek contributions from other insurance available to the person or organization with whom you agree to include in WHO IS AN INSURED, except when **b.** applies.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

HART000064

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **A.** – Coverages.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

This provision provides such insurance as is afforded under this coverage form, but only with respect to your operations, "your work" or facilities owned or used by you.

## F. OPTIONAL COVERAGES

If listed or shown as applicable in the Declarations, one or more of the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to Business Liability Coverage in this policy, except as provided below:

**1. Additional Insured - Designated Person or Organization**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person or organization shown in the Declarations, but only with respect to liability arising out of your operations or premises owned by or rented to you.

**2. Additional Insured - Managers or Lessors of Premises**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations; but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Declarations and subject to the following additional exclusions:

**b.** Additional Exclusions

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

**(2)** Structural alterations, new construction or demolition operations performed by or for that person or organization.

**3. Additional Insured - Grantor of Franchise**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations, but only with respect to their liability as grantor of franchise to you.

**4. Additional Insured - Lessor of Leased Equipment**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s).

**b.** Additional Exclusions:

This insurance does not apply:

**Form SS 00 08 04 01**

**HART000065**

**(1)** To any "occurrence" which takes place after the equipment lease expires; or

**(2)** To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

**5. Additional Insured - Owners or Other Interests From Whom Land Has Been Leased**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person or organization shown in the Declarations, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you and shown in the Declarations and subject to the following additional exclusion:

This insurance does not apply to:

**a.** Any "occurrence" that takes place after you cease to lease that land; or

**b.** Structural alterations, new construction or demolition operations performed by or for the person or organization shown in the Declarations.

**6. Additional Insured - State or Political Subdivision - Permits**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the state or political subdivision shown in the Declarations, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

**b.** Additional Exclusions

This insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or political subdivision; or

**(2)** "Bodily injury" or "property damage" included in the "product-completed operations" hazard.

**7. Additional Insured - Vendors**

**a.** WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) (referred to below as vendor) shown in the Declarations, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

**b.** Additional Exclusions

**(1)** The insurance afforded the vendor does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in the product made intentionally by the vendor;

**(d)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

**(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**(3)** This Provision **7.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Form.

HART000066

(4) This Provision 7. does not apply if "bodily injury" or "property damage" included within the "products-completed operations hazard" is excluded either by the provisions of this Coverage Form or by endorsement.

8. **Additional Insured – Controlling Interest**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or organization(s) shown in the Declarations but only with respect to their liability arising out of:

a. Their financial control of you; or

b. Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

9. **Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization.**

WHO IS AN INSURED under Section **C.** is amended to include as insured the person or organization shown in the Declarations, but only with respect to liability arising out of your ongoing operations performed for that insured.

10. **Additional Insured – Co-Owner of Insured Premises**

WHO IS AN INSURED under Section **C.** is amended to include as an insured the person(s) or Organization(s) shown in the Declarations, but only with respect to their liability as co-owner of the premises shown in the Declarations.

## G. LIABILITY AND MEDICAL EXPENSES DEFINITIONS

1. "Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

a. (1) Radio;
   (2) Television;
   (3) Billboard;
   (4) Magazine;
   (5) Newspaper;

b. The Internet, but only that part of a web site that is about goods, products or services for the purposes of inducing the sale of goods, products or services; or

c. Any other publication that is given widespread public distribution.

However, "advertisement" does not include:

a. The design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products; or

b. An interactive conversation between or among persons through a computer network.

2. "Advertising idea" means any idea for an "advertisement".

3. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

4. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

5. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above;

c. All other parts of the world if the injury or damage arises out of:

   (1) Goods or products made or sold by you in the territory described in **a.** above;

   (2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

   (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in the United States of America (including its territories and possessions), Puerto Rico or Canada, in a suit on the merits according to the substantive law in such territory, or in a settlement we agree to.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

HART000067

8. "Hostile fire" means one which becomes un-controllable or breaks out from where it was intended to be.

9. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement:

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

10. "Insured contract" means:

    a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    b. A sidetrack agreement;

    c. Any easement or license agreement;

    d. Any obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e. An elevator maintenance agreement; or

    f. That part of any other contract or agreement pertaining to your business (including an indemnification of municipality in connection with work performed for a municipality) under which you assume the liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

    Paragraph f. does not include that part of any contract or agreement

    (1) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        (a) Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or

        (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    (2) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (1) above and supervisory, inspection, architectural or engineering activities.

11. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

12. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

13. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, on which are permanently mounted:

        (1) Power cranes, shovels, loaders, diggers or drills; or

        (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

Form SS 00 08 04 01

HART000068

**e.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

Paragraphs **(a)**, **(b)** and **(c)** above do not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**14.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**15.** "Personal and advertising Injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that the person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral, written or electronic publication of material that violates a person's right of privacy;

**f.** Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement";

**g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"; or

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)** Not done intentionally by or at the direction of:

**(a)** The insured; or

**(b)** Any executive officer, director, stockholder, partner or member of the insured; and

**(2)** Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

This paragraph **h.** does not apply in the States of Nebraska and Kansas.

**16.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**17.** "Products-completed operations hazard";

**a.** Includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** "Your work" will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

HART000069

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of "occurrence" that caused it.

Computerized or electronically stored data, programs or software are not tangible property.

19. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

20. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

21. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

22. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

23. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

Form SS 00 08 04 01

HART000070



# SUPER STRETCH SUMMARY

**SUMMARY OF COVERAGE LIMITS**

This is a summary of the Coverages and the Limits of Insurance provided by the STRETCH Coverage form SS 04 74 which is included in this policy. No coverage is provided by this summary. Refer to coverage form SS 04 74 to determine the scope of your insurance protection.

| Blanket Coverage Limit : $150,000 |
| --- |
| **Blanket Coverages** |
| Accounts Receivable |
| Computer and Media |
| Debris Removal |
| Personal Property of Others |
| Temperature Change |
| Valuable Papers and Records |

| Coverage | Limit |
| --- | --- |
| Backup of Sewer or Drain Water Damage | Included |
| Brands and Labels | Included |
| Claims Expense | $ 5,000 |
| Consequential Loss to Stock | Included |
| Employee Dishonesty (including ERISA) | $ 25,000 |
| Fine Arts | $ 25,000 |
| Forgery | $ 25,000 |
| Increased Cost of Construction (Buildings) | $ 10,000 |
| Laptop Computers Worldwide Coverage | $ 10,000 |
| Newly Acquired or Constructed Property - Building | $1,000,000 |
| Newly Acquired or Constructed - Business Personal Property | $ 500,000 |
| Off Premises Service – Direct Damage | $ 25,000 |
| Outdoor Property ( $1000 limit per item) | $ 25,000 aggregate |
| Outdoor Signs | Included |
| Personal Effects | $ 10,000 |
| Property at Other Premises | $ 10,000 |
| Property Off Premises | $ 25,000 |
| Salespersons' Samples | $  5,000 |
| Tenants Improvements Due to Ordinance or Law | $ 20,000 |
| Tenants Building Equipment Under Lease | $ 20,000 |
| Transit Coverage | $ 10,000 |
| Valuation Changes | Included |

The following changes apply only if Business Income and Extra Expense are covered under this policy.

| | |
| --- | --- |
| Business Income at Newly Acquired Premises | $ 250,000 |
| Business Income Extension for Off Premises Service | $ 25,000 |
| Business Income Extension for Web Sites | $ 50,000/7 days |
| Dependent Properties - Anchor Store or Major Supplier | $ 50,000 |

© 2000, The Hartford

HART000071



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DISTRICT OF COLUMBIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

**COMMON POLICY CONDITIONS**

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first **Named Insured** written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first **Named Insured,** we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect for 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

1. You have refused or failed to pay a premium due under the terms of the policy;

2. You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

3. You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of this policy; or

4. The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

**NONRENEWAL**

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first **Named Insured's** last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first **Named Insured,** we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**Form SS 01 36 03 92**   Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1992

HART000072



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS IS CLAIMS-MADE COVERAGE.  PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

If shown in the Declarations as applicable, the following coverage applies.   This coverage is subject to the provisions of the Business Liability Coverage Form except as provided below.

For purpose of this insurance:

**A.  COVERAGE**

This Section is replaced by the following:

1. **Employee Benefits Liability**

   a. We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "employee benefits injury" to which this insurance applies.  NO other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.  This insurance does not apply to "employee benefits injury" which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy period.  The negligent act, error or omission must take place in the "coverage territory."

   We will have the right and duty to defend any "claim" or "suit" seeking such "damages."  But:

   (1) The amount we will pay for "damages" is limited as described in **SECTION D - LIMITS OF INSURANCE.**

   (2) We may, at our discretion, investigate any alleged act, error or omission and settle any "claim" or "suit" that may result; and

   (3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Employee Benefits Liability Coverage.   This applies both to "claims" and "suits" pending at that time and to those filed thereafter.

   b. This insurance applies to an "employee benefits injury" only if:

   (1) A "claim" for "damages" because of the "employee benefits injury" is first made against any insured during the policy period; and

   (2) At the time you applied for this insurance you had no knowledge of any "claim" or "suit" or of any "employee benefits injury" which might reasonably be expected to result in a "claim" or "suit," except as you had reported to us in writing at the time you so applied.

   c. A "claim" by a person or organization seeking "damages" will be deemed to have been made when notice of such "claim" is received and recorded by an insured or by us, whichever comes first.

   d. All "claims" for "damages" because of "employee benefits injury" to the same person or organization will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. **Coverage Extension - Supplementary Payments**

   We will pay, with respect to any "claim" or "suit" we defend:

   a. All expenses we incur.

**Form SS 04 13 03 92**  Printed in U.S.A.  (NS)

**Page 1 of 6**

Copyright, Hartford Fire Insurance Company, 1992

HART000073

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit," including actual loss or earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit."

e. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## B. EXCLUSIONS

This Section is replaced by the following:

This insurance does not apply to:

1. Any liability imposed on the insured under the Employee Retirement Income Security Act of 1974, 29 U.S.C. Sections 1001-1381 (1976) (ERISA) or any changes to it.

2. "Bodily injury," "property damage," "personal injury" or "advertising injury."

3. Any dishonest, fraudulent, criminal or malicious act.

4. The failure of any investment or saving program to perform as represented by an insured.

5. An "employee benefits injury" that arises out of advice given by any insured to an employee to participate or not to participate in any "employee benefits program."

6. The failure of any person or organization to perform any obligation or to fulfill any guarantee with respect to:

   a. The payment of benefits under "employee benefit programs"; or

   b. The providing, handling or investing of funds related thereto.

## C. WHO IS AN INSURED

This Section is replaced by the following:

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your employees, other than your executive officers, but only for acts within the scope of their employment by you.

b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## D. LIMITS OF INSURANCE

This Section is replaced with the following:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. "Claims" made or "suits" brought; or

   c. Persons or organizations making "claims" or bringing "suits."

2. The Employee Benefits Liability Aggregate Limit is the most we will pay for all "damages" to which this insurance applies.

3. Subject to 2. above the Each Claim Limit is the most we will pay for all "damages" with respect to any one "claim."

The limits of this Endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the

**Form SS 04 13 03 92**  Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1992

**HART000074**

Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## E. EMPLOYEE BENEFITS LIABILITY CONDITIONS

This Section is replaced by the following:

1. Bankruptcy

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Insurance.

2. Duties in The Event of Employee Benefits Injury, Claim or Suit

    a. You must see to it that we are notified as soon as practicable of an "employee benefits injury" which may result in a "claim." To the extent possible, notice should include:

        (1) How, when and where the "employee benefits injury" took place; and

        (2) The names and addresses of any injured persons and witnesses.

        Notice of an "employee benefits injury" is not notice of a "claim."

    b. If a written "claim" is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the "claim" or "suit."

    c. You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

        (2) Authorize us to obtain records and other information;

        (3) Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

        (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "employee benefits injury" to which this insurance may also apply.

    d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us

    No person or organization has a right under this Coverage form:

    a. To join us as a party or otherwise bring us into "suit" asking for "damages" from an insured; or

    b. To sue us on this insurance unless all of its terms have been fully complied with.

    A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this insurance or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

    If other valid and collectible insurance is available to the insured for a loss we cover, our obligations are limited as follows:

    a. Primary Insurance

        This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then we will share with all that other insurance by the method described in **c.** below.

    b. Excess Insurance

        This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis, that is effective prior to the beginning of this policy period shown in the Declarations and applies to "damages" on other than a claims-made basis, if:

        (1) No retroactive date is shown in the Declarations; or

        (2) The other insurance has a policy period which continues after the Retroactive Date shown in the Declarations.

        When this insurance is excess, we will have no duty to defend any "claim" or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**Form SS 04 13 03 92**  Printed in U.S.A. (NS)                    **Page 3 of 6**

Copyright, Hartford Fire Insurance Company, 1992

**HART000075**

When this insurance is excess, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations for this insurance.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**6.** Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom "claim" is made or "suit" is brought.

**7.** Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this insurance those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**F. EXTENDED REPORTING PERIODS**

The following provisions are added:

**1.** We will provide one or more Extended Reporting Periods, as described below, if:

**a.** This Employee Benefits Liability insurance is cancelled or not renewed; or

**b.** We renew or replace this insurance with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

**(2)** Does not apply to "employee benefits injury" on a claims-made basis.

**2.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

**a.** One year for "claims" arising out of an "employee benefits injury" reported to us, not later than 90 days after the end of the policy period, in accordance with paragraph 2.a. of EMPLOYEE BENEFITS LIABILITY CONDITIONS; or

**b.** Ninety days for all other "claims."

The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims."

**3.** A Supplemental Extended Reporting Period of three years duration is available, but only by an endorsement and for an extra charge. This supplemental period starts:

**a.** One year after the end of the policy period for "claims" arising out of an "occurrence" reported to us, not later than 90 days after the end of the policy period, in accordance with paragraph 2.a. of

Form SS 04 13 03 92   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1992

HART000076

EMPLOYEE BENEFITS LIABILITY CONDITIONS; or

**b.** Ninety days after the end of the policy period for all other "claims."

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

Additional premium will be the annual premium as of the inception date of this insurance.

This endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

**4.** Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" for "employee benefits injury" that occur before the end of the policy period (but not before the Retroactive Date, if any, shown in the Declarations).

"Claims" for such injury which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

Once in effect, Extended Reporting Periods may not be cancelled.

**5.** Extended Reporting Periods do not reinstate or increase the Limits of Insurance applicable to any "claim" to which this insurance applies, except to the extent described in paragraph **6.** of this Section.

**6.** If the Supplemental Extended Reporting Period is in effect, we will provide the separate aggregate limit of insurance described below, but only for "claims" first received and recorded during Supplemental Extended Reporting Periods.

The separate aggregate limit of insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period.

Paragraph 2. of LIMITS OF INSURANCE will be amended accordingly.

**G. DEFINITIONS**

This Section is replaced by the following:

As used in this Employee Benefits Liability insurance:

**1.** "Administration" means:

    **a.** Giving counsel to your employees or their dependents and beneficiaries, with respect to interpreting the scope of your "employee benefits program" or their eligibility to participate in such programs;

    **b.** Handling records in connection with "employee benefits programs; and

    **c.** Starting or stopping any employee's participation in your "employee benefits program."

**2.** "Advertising injury" means injury arising out of one or more of the following offenses:

    **a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **b.** Oral or written publication of material that violates a person's right of privacy;

    **c.** Misappropriation of advertising ideas or style of doing business; or

    **d.** Infringement of copyright, title or slogan.

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Claim" means a written demand received by any insured for "damages" alleging "employee benefits injury," including the institution of a "suit" for such "damages" against any insured.

**5.** "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, provided the "employee benefits injury" does not occur in the course of travel or transportation to or from any place not included in **a.** above.

Copyright, Hartford Fire Insurance Company, 1992

HART000077

6. "Damages" include prejudgment interest awarded against the insured on that part of the judgment we pay. "Damages" do not include:

   a. Fines;

   b. Penalties; or

   c. Damages for which insurance is prohibited by the law applicable to the construction of this policy.

7. "Employee benefits injury" means injury that arises out of any negligent act, error or omission in the "administration" of your "employee benefits program."

8. "Employee benefits program" means a formal program or programs of employee benefits maintained in connection with your business or operations, such as but not limited to:

   a. Group life insurance, group accident or health insurance, profit sharing plans and stock subscription plans, provided that no other than an employee may subscribe to such insurance or plans; and

   b. Unemployment insurance, social security benefits, workers' compensation and disability benefits.

9. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's; or organization's goods, products or services; or

   e. Oral or written publication of material that violates a person's right of privacy.

10. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property; or

    b. Loss of use of tangible property that is not physically injured.

11. "Suit" means a civil proceeding in which "damages" because of "employee benefits injury" to which this insurance applies are alleged.    "Suit" includes an arbitration proceeding alleging such "damages" to which you must submit or submit with our consent.

Form SS 04 13 03 92   Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1992

HART000078



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME EXTENSION FOR OFF-PREMISES UTILITY SERVICES

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This insurance applies only when Business Income and Extra Expense Optional Coverage is shown in the Declarations as applicable. Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A. BUSINESS INCOME EXTENSION FOR OFF-PREMISES UTILITY SERVICES**

This Coverage Extension applies only when the Business Income Additional Coverage is included in this policy.

We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on described premises:

1. "Water Supply Services";

2. "Communication Supply Services"; or

3. "Power Supply Services".

**B. WAITING PERIOD**

We will only pay for loss you sustain after the first 8 consecutive hours following the direct physical loss of or damage to the off-premises property to which this endorsement applies. We will not pay for any reduction in business income or extra expense after electricity, steam or gas has been restored to the described premises.

**C. LIMIT OF INSURANCE**

The most we will pay for loss under this extension is $25,000 at each described premises.

**D. ADDITIONAL DEFINITIONS**

1. **"Water Supply Services"**, meaning the following types of property supplying water to the describes premises:

   a. Pumping stations; and

   b. Water mains.

2. **"Communication Supply Services"**, meaning property supplying communication services, including telephone, radio, microwave or television services, including overhead transmission lines to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

3. **"Power Supply Services"**, meaning the following types of property supplying electricity, steam or gas, including overhead transmission lines to the described premises:

   a. Utility generating plants;

   b. Switching stations;

   c. Substations;

   d. Transformers; and

   e. Transmission Lines.

**Form SS 04 19 06 96**   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1996

HART000079



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRANSIT COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement the terms and conditions of the policy and of the Special Property Coverage Form apply to the insurance stated below.

**A.** With respect to this Transit Coverage only, the following changes are made to the Special Property Coverage Form:

1. Under **A.4.** Limitations, subparagraph **e.(3)** which limits coverage for patterns, dies, molds and forms, is deleted.

2. Under **B.** Exclusions

   a. Exclusions **1.b.** (Earth Movement) and **1.g.** (Water) do not apply to property in transit.

   b. Exclusions **2.e.** (Dishonesty) and **2.g.** (Exposed Property) do not apply to property in custody of a carrier for hire.

   c. Exclusion **2.f.** (False Pretense) does not apply to loss or damage caused by your good faith acceptance of false bills of lading or shipping receipts.

   d. The following Exclusion is added:

      We will not pay for loss or damage caused by or resulting from poor or insufficient packaging or packing.

**B. Transit Coverage**

1. The insurance that applies to your Business Personal Property and Personal Property of Others is extended to apply to shipments of that property while in transit at your risk, by motor vehicle, railroad car or aircraft between points within the Coverage Territory. This includes property you have sold and your responsibility continues until it is delivered.

2. The Transit Coverage also applies to:

   a. **Expenses to Inspect, Repackage and Reship Damaged Shipments**

      The necessary additional expenses you incur to inspect, repackage and reship Covered Property which is damaged as a result of a Covered Cause of Loss.

   b. **Expenses to Protect Covered Property from Spoilage or Change in Temperature**

      The necessary additional expense you incur to temporarily store Covered Property in a temperature controlled environment in order to avoid or minimize loss or damage to such property from spoilage or change in temperature. Such temporary storage must be made necessary by the sudden and accidental breakdown of heating or refrigeration unit(s) on transporting conveyances.

      This additional expense will not include:

      (1) Expenses to repair or replace heating or refrigeration unit(s);

      (2) Costs or penalties due to detention or delay of any vehicles, trailers, conveyances or containers; or

      (3) Costs for additional wages, room, board or meals.

   c. **F.O.B. Shipments**

      Outgoing shipments where the risk of loss or damage is transferred to the buyer when such property leaves your premises.

      You must use all reasonable means to collect the amount due you from the buyer before making a claim under this Transit Coverage.

Form SS 04 30 03 00

© 2000, The Hartford

Page 1 of 2

HART000080

We will not make payment until you grant us the right of recovery against the buyer.

**d. Loading and Unloading**

Shipments during loading or unloading and within 500 feet of any transporting conveyance.

**e. Return Shipments**

Outgoing shipments which have been rejected by the consignee or are not deliverable, while:

**(1)** In due course of transit, being returned to you; or

**(2)** Up to 10 days after delivery or attempted delivery awaiting return shipment to you.

Payment under paragraphs **a., b., c., d. and e.** above will not increase the Transit Coverage Limit of Insurance.

**C. Under this Transit Coverage, we will not pay for:**

**1.** Property in the care, custody or control of your salespersons.

**2.** Mail shipments in the custody of the U.S. Postal Service.

**3.** Property of Others for which you are responsible as a:

**a.** Carrier for hire; or

**b.** Carloader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

**4.** Property in or on a motor vehicle you own, lease or operate.

**D. Limit of Insurance**

The Limit of Insurance shown in the Declarations for Transit Coverage is the most we will pay for all loss or damage in any one occurrence to property insured under this endorsement.

**E. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250. We will then pay the amount of loss or damage in excess of $250 up to the applicable Limit of Insurance.

**F. Additional Conditions**

**1.** Valuation

Property Loss Condition **E.6.** is deleted and replaced by the following:

**a.** Valuation

**(1)** Property You Own

The value of Covered Property will be the amount of invoice plus accrued charges, prepaid charges and charges since shipment; or

**(2)** In the absence of an invoice, the value of Covered Property will be its actual cash value, with proper deduction for depreciation, at the point of destination on the date of expected arrival.

**b.** Property of Others

The most we will pay for Covered Property owned by others is the lesser of:

**(1)** Your legal liability for direct physical loss or damage to such property; or

**(2)** What we would pay if you had owned the property.

**2.** Impairment of Rights of Recovery

We will not pay for loss or damage, if you impair our rights to recover damages from any carrier for hire. But you may accept from carriers for hire bills of lading, receipts or contracts of transportation which contain a limitation of value.

Form SS 04 30 03 00

HART000081



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

**A.** Under **B., EXCLUSIONS, 1. Applicable to Business Liability Coverage,** exclusion **g.** does not apply to any "auto" that is a "non-owned auto".

A "non-owned auto" is an "auto" you do not own including but not limited to:

**1.** An "auto" that you lease, hire, rent or borrow;

**2.** A customer's "auto" that is in your care, custody or control for service; and

**3.** An "employee's" "auto" while used in your business or personal affairs.

This does not include a long-term leased "auto" that you insure as an owned "auto" under any other auto liability insurance policy or a temporary substitute for an "auto" you own that is out of service because of its breakdown, repair, servicing or destruction.

This includes "autos" owned by your "employees" or partners or members of their households but only while used in your business or your personal affairs.

**B.** With respect to the operation of a "non-owned auto", **WHO IS AN INSURED** is replaced by the following:

The following are "insureds":

**a.** You.

**b.** Your "employee" while using with your permission:

  **(1)** An "auto" you hire or borrow; or

  **(2)** An "auto" you don't own, hire or borrow in your business or personal affairs; or

  **(3)** An "auto" hired or rented by your "employee" on your behalf and at your direction.

**c.** Anyone else while using with your permission a "non-owned auto" except:

  **(1)** The owner or anyone else from whom you hire or borrow a "non-owned auto".

  **(2)** Someone using a "non-owned auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

  **(3)** Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "non-owned auto".

  **(4)** A partner of yours for a "non-owned auto" owned by him or her or a member of his or her household.

**d.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**C.** With respect to the operation of a "non-owned auto":

**1.** **B. EXCLUSIONS, 1.e.** does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract".

**2.** **B. EXCLUSIONS, 1.f.** is replaced by the following:

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

  **(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

  **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

  **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto".

**Form SS 04 38 06 01**

**Page 1 of 2**

© 2001, The Hartford

**HART000082**

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged or released directly from an "auto" part designed by its manufacturer to hold, store, receive, or dispose of such "pollutants"; and

**(2)** The "bodily injury" and "property damage" does not arise out of the operation of any equipment listed in paragraphs **13.b.** and **13.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

**3.** Coverage does not apply to "bodily injury" to any fellow "employee" of the "insured" arising out of the operation of an "auto" owned by the "insured" in the course of the fellow "employee's" employment.

**4.** Coverage does not apply to "property damage" involving property owned or transported by the "insured" or in the "insured's" care, custody or control.

**D.** With respect to the operation of a "non-owned auto", the following additional conditions apply:

**1. OTHER INSURANCE**

**a.** Except for any liability assumed under an "insured contract" the insurance provided by this Coverage Form is excess over any other collectible insurance.

However, if your business is the selling, servicing, repairing, parking or storage of "autos", the insurance provided by this endorsement is primary when covered "bodily injury" or "property damage" arises out of the operation of a customer's "auto" by you or your "employee".

**b.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**2. TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**

If the Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

Form SS 04 38 06 01

HART000083



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations. The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** When shown in the Declarations as applicable, the Limit of Insurance stated in paragraph **(1)** of the Additional Coverage entitled Accounts Receivable is replaced by the Limit of Insurance for Accounts Receivable shown in the Declarations. All other terms and conditions of Accounts Receivable Additional Coverage apply to this Optional Coverage.

**B.** With respect to this Optional Coverage, Coverage Extension **A.5.g.**, Property Off-Premises in the Standard Property Coverage Form and Coverage Extension **A.6.g.**, Property Off-Premises in the Special Property Coverage Form are replaced by the following:

The most we will pay for loss or damage under this Coverage Extension is 25% of the Limit of Insurance shown in the Declarations for Accounts Receivable but not more than $2,500.

**C. Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Accounts Receivable.

**D. Deductible**

We will not pay for loss in any one Occurrence unless the amount of loss exceeds the **Deductible** stated in paragraph **D.4.** of the Standard Property Coverage Form and the Special Property Coverage Form, whichever form applies to this policy. We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance.

**E. Additional Conditions**

(1) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage the following method will be used:

(a) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurred; and

(b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(2) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(a) The amount of the accounts for which there is no loss or damage;

(b) The amount of the accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

**Form SS 04 39 10 02**

© 2002, The Hartford

HART000084

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMPUTERS AND MEDIA

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A. COMPUTER EQUIPMENT**

1.  We will pay for direct physical loss of or damage, to "computer equipment", subject to the Limit of Insurance shown in the Declarations for Computers And Media while anywhere within the policy territory, and while in transit, but only if:

    a.  Owned by you; or

    b.  Owned by others but in your care, custody and control regardless of whether you use it for personal or business needs.

2.  "Computer Equipment" as used in this Optional Coverage means:

    a.  "Computers";

    b.  "Peripheral devices";

    c.  "Media"; and

    d.  Manuals that are purchased to be used in conjunction with hardware and "software".

3.  "Computer Equipment" does not include:

    a.  "Data" or "software".

    b.  Source documents, other than manuals purchased with hardware or "software";

    c.  Worksheets and printouts;

    d.  Property held for sale or lease;

    e.  Property leased or rented to others; or

    f.  Currency, "money", deeds, notes, "securities" or other financial instruments, including such instruments in electronic form.

4.  Direct physical loss or damage to "Computer Equipment" is extended to include the following:

    a.  Electromagnetic injury caused by:

        (1)  Blackout or brownout;

        (2)  Transients, spikes, surges and other power failure; and

        (3)  Airport security check, and radio or telephone line interference;

    b.  Headcrash, meaning physical damage to disks, tapes or hardware caused by a contact of electromagnetic heads (which read or write information) with such disks or tapes; and

    c.  Damage caused by a "computer virus".

    d.  Theft of "computer equipment". Theft means an act of stealing or an attempt to steal. Theft includes loss of property from a known place when it is likely that the property has been stolen.

5.  **DEDUCTIBLE**

    We will not pay for loss or damage in any one occurrence to "computer equipment" until the amount of loss or damage exceeds $250.

**B. DATA AND SOFTWARE**

1.  We will pay to research, replace or restore lost or damaged "data" or "software" subject to the Limit of Insurance shown in the Declarations for Computers And Media while anywhere within the policy territory, and while in transit, but only if:

    a.  Owned by you; or

    b.  Owned by others but in your care, custody and control regardless of whether you use it for personal or business needs.

HART000085

However, this coverage is provided only when such loss or damage is caused by one or more of the following:

a. Direct physical loss or damage to "computer equipment" for which coverage is provided by this endorsement.

b. Electrical or magnetic injury to, or disturbance or erasure of covered "data" or "software" which results from power failure originating at your premises or within 1000 feet from the building containing the "data" and "software".

c. Loss of or damage to "data" or "software" caused by a "computer virus".

2. We will not pay to research, replace or restore lost or damaged "data" or "software" which is licensed, leased or rented to others.

## C. Additional Coverage

1. Unless Business Income Coverage has been deleted from this policy, the Additional Coverage in the Standard or Special Property Coverage Form for Business Income, Extra Expense, Civil Authority and Extended Business Income apply to the "computer equipment", "data" and "software" which are covered in this endorsement. However, the Additional Coverage for Business Income is subject to the following:

a. **Waiting Period**

We will not pay for any covered Business Income loss you sustain under this provision due to loss or damage to "data", or "software" caused by a computer virus which results in the necessary suspension (slowdown or cessation) of your business described in the Declarations during the first 12 hours that immediately follow the start of such suspension.

b. Such Waiting Period applies independent of the deductible applicable to Computer Equipment.

c. The Limit of Insurance for Computers And Media shown in the Declarations.

2. When this endorsement is attached to the Special Property Coverage Form, the Additional Coverage for Equipment Breakdown applies.

3. When this policy provides Earthquake Coverage, the Limit of Insurance for Computers and Media is in addition to the Limit of Insurance shown in the Declarations for Earthquake Coverage.

D. The provisions of this endorsement do not override or in any way affect the application of the Exclusion Of Certain Computer Related Losses if such exclusion is endorsed to or otherwise made a part of this policy. That exclusion addresses the inability of a computer system to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

E. Paragraph **A.3**. Covered Causes of Loss, and Section **B.**, Exclusions, do not apply to coverage provided by this endorsement, except for:

1. Paragraph **B.1.b.**, Earth Movement; and

2. Paragraph **B.1.c.**, Governmental Action;

3. Paragraph **B.1.d.**, Nuclear Hazard;

4. Paragraph **B.1.f.**, War and Military Action;

5. Paragraph **B.1.g.**, Water.

## F. Additional Exclusions

We will not pay for loss or damage caused by or resulting from:

1. Input, programming or processing errors;

2. Mechanical breakdown or failure, however headcrash will not be considered as a mechanical breakdown or failure. This exclusion does not apply to coverage provided under the Additional Coverage provisions of this endorsement;

3. Faulty construction, materials or workmanship;

4. Error, omission or deficiency in design;

5. Short circuit blowout or other electrical disturbance within the computer system. This exclusion does not apply to coverage provided under the Additional Coverage provisions of this endorsement;

6. Rust, corrosion, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

7. Dryness or dampness of atmosphere; changes in or extremes of temperature;

8. Wear and tear, marring or scratching,

9. Insects, birds, rodents, or other animals

10. Obsolescence;

11. Dishonest or criminal acts by you, any of your partners, employees, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, whether acting alone or in collusion with others;

12. Unexplained disappearance, however we cover theft of "computer equipment" as provided in provision **A.4.d.**

© 2001, The Hartford

Form SS 04 41 04 01

HART000086

**13.** Unlawful trade, or seizure by orders of governmental authority.

**14.** Delay or loss of market; and

**15.** Theft of laptop, palmtop or similar portable property while in transit as checked baggage.

**G.** Exclusion **F.5.** does not apply to short circuits or the internal electromagnetic damage by an electromagnetic disturbance outside the system.

**H. Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limits of Insurance for Computers And Media shown in the Declarations.

**I. Loss Payment**

This Loss Payment condition is applicable to the "computer equipment", "data", and "software" coverage provided by this endorsement. We will determine the value of Covered Property as follows:

    **1.** "Computers," "peripheral devices," "media" and manuals at the full cost of repair or replace the property subject to the Limit of Insurance. However, we will not pay more for loss or damage on a replacement cost basis than the lesser of and the following:

        **a.** The amount necessary to replace the item with similar property possessing the minimum characteristics necessary to perform the same functions when replacement with identical property is not possible or practical.

        **b.** The amount necessary to repair or replace the item with one substantially identical to the lost or damaged item. In the event of a covered total loss to one or more items, we will allow up to 20% over the current replacement cost as described in this provision, as an Optional Upgrade Allowance for the purchase of new property with upgraded processing or performance characteristics. This Optional Upgrade Allowance will, at our option, be payable after you have purchased the replacement property and have provided us with written proof of such purchases; or

        **c.** If the item is not repaired or replaced, we will pay not more than the actual cash value of the item at the time of loss or damage. If you elect this option, you have the right to make further claim within 180 days after loss for any additional payment on a replacement cost basis.

    **2.** In the event of loss or damage to "data" or "software", we will pay the reasonable amount you actually spend to reproduce, restore, or replace the lost or damaged "data" or "software". This includes the cost of computer consultation services for restoration and the cost of research to reconstruct lost or damaged information. But we will not pay more than the Limit of Insurance for Computers And Media specified in the Declarations.

    **3.** In the event of loss or damage to any part of "computer equipment", "data" or "software", we will pay only what it would cost to replace, reproduce, or restore the lost or damaged part.

**J. Additional Definitions**

    **1.** "Computer Virus" means a program, which is intentionally created to cause damage or disruption in the computer operations of a party using or coming in contact in any way with the program.

    **2.** "Computer Equipment" means "computers", "peripheral devices", "media", and manuals that are purchased to be used in conjunction with hardware and "software".

HART000087



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE DISHONESTY COVERAGE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**The following is added to Additional Coverages:**

**A.  COVERAGE**

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Causes of Loss.

**1. Covered Property**

Covered Property means "money", "securities", and other tangible property of intrinsic value and not otherwise excluded.

**2. Covered Causes of Loss**

Covered Causes of Loss means dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you, with the manifest intent to:

**a.** Cause you to sustain loss; and also

**b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions or other employee benefits earned in the normal course of employment) for:

**(1)** The "employee"; or

**(2)** Any person or organization intended by the employee" to receive that benefit.

**3.  Additional Coverages**

**a.  Employees Temporarily Outside Coverage Territory**

We will pay for loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

**b.  Employees at Client or Customer Premises**

We will pay for any loss caused by your "employee" while at the premises of your client or customer.

Any claim for loss sustained by any client or customer and covered by this policy may only be made by you in your Proof of Loss. No third party has a direct right against this insurance and no third party may make a direct claim against us as the writer of your insurance.

**c.  Welfare and Pension Plan ERISA Compliance**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

**(1)** "Employee" also includes any natural person who is:

**(a)** A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare of Pension Benefit Plan (hereafter called Plan) insured under this insurance, and

**(b)** Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

**(2)** If any Plan is insured jointly with any other entity under this

**Form SS 04 42 03 00**

© 2000, The Hartford

HART000088

insurance, you or the Plan Administrator must select a Limit of Insurance under this Employee Dishonesty Coverage Form that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(3) If the insured first named in the Declarations is an entity other than a Plan, any payment we make to that insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

(4) If two or more Plans are insured under this insurance, any payment we make for loss:

    (a) Sustained by two or more plans or

    (b) Of commingled funds or other property of two or more Plans

that arises out of one Occurrence, is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

(5) The Deductible provision does not apply to loss sustained by any Plan subject to ERISA which is insured under this insurance.

## B. EXCLUSIONS

The following Exclusions apply in addition to the Exclusions in the Crime Common Conditions and Exclusions.

**1. Employee Terminated Under Prior Insurance**

We will not pay for loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been terminated and not reinstated since the last such termination.

**2. Insurance Operations**

We will not pay for direct or indirect loss resulting from contractual or extra-contractual liability sustained by you in connection with the issuance of contracts or purported contracts of insurance, indemnity or suretyship.

**3. Inventory Shortages**

We will not pay loss, or that part of any loss, the proof of which as to its existence or

amount is dependent upon:

    a. An inventory computation; or

    b. A profit and loss computation.

**4. Partners**

We will pay only for loss, caused by any partner or member of a limited liability corporation, that is in excess of the sum of:

    **a.** Any amounts you owe that partner or member; and

    **b.** The value of that partner's or member's ownership interest determined by the closing of you organization's books on the date of discovery of the loss by anyone in your organization not involved in the Employee Dishonesty; and

    **c.** Any applicable deductible amount.

**5. Trading Loss**

We will not pay for loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

## C. ADDITIONAL CONDITIONS

The following conditions apply.

**Termination As To Any "Employee"**

This insurance is terminated as to any "employee":

    1. Immediately upon discovery by;

        **a.** You; or

        **b.** Any of your partners, officers or directors not in collusion with the "employee";

    of any dishonest act committed by that "employee" whether before or after becoming employed by you.

    2. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

    The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

## D. LIMIT OF INSURANCE

The most we will pay for each Occurrence of loss under this Endorsement is the Employee Dishonesty Limit of Insurance stated in the Declarations.

The Additional Coverages are included in this Limit of Insurance.

## E. OCCURRENCE DEFINITION

As used in this Endorsement, **Occurrence** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

Form SS 04 42 03 00

HART000089



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations. The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

   **(1)** Owned by you; or

   **(2)** Owned by others but in your care, custody and control.

**B.** Paragraph **A.3.**, Covered Causes of Loss, and Section **B.**, Exclusions, do not apply, to this Optional Coverage, except for:

   **(1)** Paragraph **B.1.c.**, Governmental Action;

   **(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

   **(3)** Paragraph **B.1.f.**, War and Military Action.

**C. Additional Exclusion**

   We will not pay for loss or damage caused by or resulting from:

   **(1)** Wear and tear;

   **(2)** Hidden or latent defect;

   **(3)** Rust;

   **(4)** Corrosion; or

   **(5)** Mechanical breakdown.

**D. Limit of Insurance**

   The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**E.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**Form SS 04 44 09 93** Printed in U.S.A. (NS)

Copyright, Hartford Fire Insurance Company, 1993

HART000090



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY OF OTHERS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

We will pay, on replacement cost basis, for direct physical loss or damage by the Covered Causes of Loss to Personal Property of Others that is in your care, custody and control.
The most we will pay for loss or damage in any one occurrence is the Limit of Insurance applicable to Personal Property of Others shown in the Declarations.

**Form SS 04 45 10 96**   Printed in U.S.A.  (NS)

Copyright, Hartford Fire Insurance Company, 1993

**HART000091**



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEMPERATURE CHANGE

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

This coverage applies only when it is indicated in the Declarations.  The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

**A.** We will pay for direct physical loss of or damage to "perishable stock" at the described premises caused by or resulting from:

  **1.** A change in temperature or humidity resulting from:

    **(a)** Mechanical breakdown or failure of:

      **(1)** Stationary heating plants; or

      **(2)** Refrigerating, cooling or humidity control apparatus or equipment;

      But only while such plants, equipment or apparatus are at the described premises.

    **(b)** Complete or partial failure of electric power, either on or away from your described premises.  Such failure of power must be due to conditions beyond your control; or

  **2.** Contamination by a refrigerant.

**B.  SELLING PRICE**

We will determine the value of finished "perishable stock" in the event of loss or damage at:

  **1.** The selling price, as if no loss or damage had occurred;

  **2.** Less discounts and expenses you otherwise would have had.

  **C.** We will not pay for loss or damage to "perishable stock" located:

  **1.** On buildings;

  **2.** In the open; or

  **3.** In vehicles.

**D.** Exclusions

  **1.** The following exclusions under paragraph **B.1.** of SECTION **B** - EXCLUSIONS are deleted:

    **(a)** Ordinance or Law;

    **(b)** Power Failure; and

    **(c)** Mechanical Breakdown in the Standard Property Coverage Form.

  **2.** The following exclusions are added:

  We will not pay for loss or damage caused by or resulting from:

    **(a)** The disconnecting of any of the following systems from the source of power:

      **(1)** Refrigerating;

      **(2)** Cooling; or

      **(3)** Humidity control.

    **(b)** The loss of electrical power caused by the shutting off of any switch or other device used to control the flow of electric power or current.

    **(c)** The inability of an electrical utility company, your stationary heating plant or any other power source to provide sufficient heat or power due to:

      **(1)** Lack of fuel;

      **(2)** Lack of capacity to make enough heat or power; or

      **(3)** Order of the government.

    **(d)** Breaking of any glass that is a permanent part of refrigerating, cooling or humidity control unit.

**E.** Deductible

We will not pay for loss in any one Occurrence unless the amount of loss exceeds the **Deductible** stated in paragraph **D.4.** of the Standard Property Coverage Form or the Special Property Coverage Form., unless a different deductible is stated in the Declarations for Temperature Change.  We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance.

**Form SS 04 46 10 02**

**Page 1 of 2**

© 2002, The Hartford

**HART000092**

**F.** Limit of Insurance

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Temperature Change shown in the Declarations.

**G.** Additional Conditions

1. We will pay for loss or damage under this Optional Coverage only when:

   (a) Such loss or damage is not covered elsewhere in this policy or any other policy that insures the "perishable stock" at the described premises; and

   (b) This Temperature Change coverage is shown as a specific item of insurance in the Declarations.

2. In the event of loss or damage, none of the other coverage under this policy or any other policy will share in its payment unless the provisions of the policy are similar to the provisions of this Optional Coverage.

3. But in no event will we pay more than the Limit of Insurance shown in the Declarations for the Temperature Change.

**H.** Additional Definitions

For the purpose of this insurance:

1. "Mechanical breakdown" means:

   (a) Breaking or separation of any mechanical part(s) other than gas pipes or lines; or

   (b) Burning out of any electrical motor servicing such unit; and

   requiring replacement of the damaged parts to become functional.

   But "mechanical breakdown" does not mean faulty operation or failure of equipment which results in temperature change but does not require replacement of broken parts.

   We will not pay for loss or damage to "perishable stock" caused by such faulty operation or failure of equipment.

2. "Perishable stock" means personal property:

   (a) Maintained under controlled conditions for its preservation; and

   (b) Susceptible to loss or damage if the controlled conditions change.

Form SS 04 46 10 02

HART000093



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VALUABLE PAPERS AND RECORDS

This endorsement modifies insurance provided under the following:

STANDARD PROPERTY COVERAGE FORM
SPECIAL PROPERTY COVERAGE FORM

This coverage applies only when it is indicated in the Declarations. The provisions of this policy apply to the coverage stated in this endorsement, except as indicated below.

A. We will pay for direct physical loss of or damage to the following types of property at the described premises that is your property or property of others in your care, custody or control:

Valuable Papers and Records, meaning inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; or

**(3)** Records including patient records ; or

**(4)** X-Rays

including abstracts, books, deeds, drawings, films, maps or mortgages.

**But Valuable Papers and Records does not include:**

**(1)** Property that cannot be reproduced, replaced or restored.

**(2)** "Money" and "Securities",

**(3)** Converted data; or

**(4)** Programs or instructions used in your data processing operations, including the material on which the data is recorded.

**B. Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Valuable Papers and Records shown in the Declarations.

**C. Deductible**

We will not pay for loss in any one Occurrence unless the amount of loss exceeds the **Deductible** stated in paragraph **D.4.** of the Standard Property Coverage Form or the Special Property Coverage Form, whichever form applies to this policy. We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance.

**D.** Under this Optional Coverage we will not pay for property:

**(1)** Held as samples or for delivery after sale;

**(2)** In storage away from the premises shown in the Declarations; or

**(3)** If such property can not be replaced with other property of like kind and quality.

**E.** With respect to this Optional Coverage, Coverage Extension **A.5.g.**, Property Off-Premises in the Standard Property Coverage Form and Coverage Extension **A.6.g.**, Property Off-Premises in the Special Property Coverage Form are replaced by the following:

You may apply the insurance provided under this Optional Coverage to Valuable Papers and Records while such property is not at the described premises, including while in transit. The most we will pay for loss or damage under this Coverage Extension is 25% of the Limit of Insurance shown in the Declarations for Valuable Papers and Records but not more than $5,000.

This coverage does not apply to property in storage.

**F.** The Valuable Papers and Records Coverage Extension, paragraph **A.5.h.** in the Standard Property Coverage Forrn and paragraph **A.6.h.** in the Special Property Coverage Form., do not apply to any premises where this Optional Coverage applies.

**G.** With respect to coverage provided by this endorsement, paragraph **E.5.d.(6)** in the Standard Property Coverage Form and in the Special Property Coverage Form are replaced by the following:

**(6)** We will determine the value of "Valuable Papers and Records" at the cost of:

a. Blank materials for reproducing the records; and

© 2002, The Hartford

    **b.** The reasonable cost to research, replace or restore the lost information.

**H.** Paragraph **A.3.,** Covered Causes of Loss, and **Section B.,** Exclusions, do not apply to this Optional Coverage except for:

    **(1)** Paragraph **B.1.c.,** Governmental Action;

    **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

    **(3)** Paragraph **B.1.f.,** War and Military Action.

**I.** **Additional Exclusions**

We will not pay for loss or damage caused by or resulting from any of the following:

    **(1)** Dishonest acts by:

        **(a)** You, or your employees or authorized representatives;

        **(b)** Anyone else with an interest in the property, or their employees or authorized representatives; or

        **(c)** Anyone else to whom the property is entrusted.

        This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

    But this exclusion does not apply to a carrier for hire.

    **(2)** Errors or omissions in processing or copying.

    But we will pay for direct loss or damage caused by resulting fire or explosion.

    **(3)** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

    But we will pay for direct loss or damage caused by lightning.

    **(4)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

    **(5)** Unauthorized instructions to transfer property to any person or to any place.

**Form SS 04 47 10 02**

**HART000095**



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SUPER STRETCH

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A.** The following changes apply to the Standard Property Coverage Form, Additional Coverages, **A.4.**, or to the Special Property Coverage Form, Additional Coverages, **A.5.**:

**1. Blanket Coverage Limit of Insurance**

The following Additional Coverage is added:

We will pay up to $150,000 as a Blanket Coverage Limit of Insurance to apply at each described premises and to apply to the sum of all covered losses under the coverages described in this section **A.1.a.** through **A.1.f.** arising out of a single Covered Cause of Loss occurrence. You may apportion this Limit among these coverages as you choose.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for these coverages.

**a. Accounts Receivable**

Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or damage to your records of accounts receivable.

This Additional Coverage is subject to the provisions of Accounts Receivable, Form SS 04 39, with the exception of the Limit of Insurance provision contained in that form. Accounts Receivable, Form SS 04 39 is made a part of this policy whether or not Accounts Receivable coverage is indicated in the Declarations.

**b. Computers and Media**

Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or damage to your computer systems.

This Additional Coverage is subject to the provisions of Computers and Media, Form SS 04 41, with the exception of the Limit of Insurance provision contained in that form. Computers and Media, Form SS 04 41 is made a part of this policy whether or not Computers and Media coverage is indicated in the Declarations.

**c. Debris Removal**

Within the Blanket Coverage Limit of Insurance, we will pay for increases under Debris Removal additional limit, **C.4.b.** This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**d. Personal Property of Others**

Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or damage to personal property of others that is in your care, custody or control.

This Additional Coverage is subject to the provisions of Personal Property of Others, Form SS 04 45, with the exception of the statement concerning Limit of Insurance applicable to Personal Property of Others shown in the Declarations, contained in that form. Personal Property of Others, Form SS 04 45 is made a part of this policy whether or not Personal Property of Others coverage is indicated in the Declarations.

Form SS 04 74 09 01

© 2001, The Hartford

Page 1 of 6

HART000096

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**e.  Temperature Change**

Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or damage to perishable stock caused by a change of temperature or contamination by a refrigerant.

This Additional Coverage is subject to the provisions of the Temperature Change Coverage, Form SS 04 46, with the exception of the Limit of Insurance provision contained in that form. Temperature Change, Form SS 04 46 is made a part of this policy whether or not Temperature Change coverage is indicated in the Declarations.

This Temperature Change coverage is for direct damage only and does not apply to any loss due to interruption of business.

**f.  Valuable Papers and Records**

Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or damage to your valuable papers and records.

This Additional Coverage is subject to the provisions of the Valuable Papers and Records Coverage, Form SS 04 47, with the exception of the Limit of Insurance provision contained in that form. Valuable Papers and Records Coverage, Form SS 04 47 is made a part of this policy whether or not Valuable Papers and Records coverage is indicated in the Declarations.

**2.  Back Up of Sewer or Drain Water Damage.**

The following Additional Coverage is added:

We will pay for loss or damage to Covered Property solely caused by water that backs up from a sewer or drain.

This coverage is included within the Covered Property Limits of Insurance.

**THIS IS NOT FLOOD INSURANCE**

We will not pay for water or other materials that back up from any sewer or drain when it is caused by any flood. This applies regardless of the proximity to the flood. Flood means the overflow of surface water, streams or other bodies of water, or their spray, all whether driven by wind or not.

**3.  Brands and Labels**

The following Additional Coverage is added:

In the event of covered loss or damage to merchandise that is branded or labeled, we will take all or part of the damaged property at an agreed or appraised value and we will pay for:

**a.**  Expenses you incur to:

(1) Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

(2) Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise and its containers to comply with the law.

**b.**  Any reduction in the salvage value of the damaged merchandise as the result of the removal of the brand or label.

This Additional Coverage is included within the Business Personal Property Limit of Insurance.

**4.  Claim Expenses**

The following Additional Coverage is added:

In the event of covered loss or damage we will pay up to $5,000 as an additional Limit of Insurance to cover reasonable expenses incurred by you at our specific request to assist us in:

**a.**  The investigation of a claim or suit; or

**b.**  The determination of the amount of loss, such as taking inventory, or auditing business records.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**5.  Consequential Loss to Stock**

The following Additional Coverage is added:

If pairs or sets of stock are damaged by a Covered Cause of Loss, we will pay any reduction in value of the undamaged parts of such damaged pairs or sets.

As used in this Additional Coverage, the term stock means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

This coverage is included within the Business Personal Property Limit of Insurance.

**6.  Employee Dishonesty (including ERISA)**

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to cover loss from employee dishonesty. This

**HART000097**

includes ERISA coverage. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This Additional Coverage is subject to the provisions of the Employee Dishonesty Coverage, Form SS 04 42, with the exception of the Limit of Insurance provision contained in that form Employee Dishonesty Coverage, Form SS 04 42 is made a part of this policy whether or not Employee Dishonesty Coverage is indicated in the Declarations.

### 7. Fine Arts

The following Additional Coverage is added:

We will pay up to $25,000 as an additional Limit of Insurance at each described premises to extend the insurance that applies to Business Personal Property to apply to Fine Arts that are:

a. Your property; or

b. The property of others that is in your care, custody or control.

As used in this Additional Coverage, **Fine Arts** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

The value of Fine Arts will be the market value at the time of loss or damage.

### 8. Forgery

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to cover loss from forgery or alteration. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This Additional Coverage is subject to the provisions of Forgery Coverage, Form SS 04 86, with the exception of the Limit of Insurance provision contained in that form. Forgery Coverage, Form SS 04 86 is made a part of this policy, whether or not Forgery Coverage is indicated in the Declarations.

### 9. Increased Cost of Construction (Buildings and Tenant Improvements)

The following Additional Coverage is added:

If a Covered Cause of Loss occurs to covered Building property and tenant's improvements and betterments, we will pay for the increased cost to repair, rebuild or construct the damaged property caused by enforcement of building, zoning or land use law. The repaired or rebuilt property must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use law.

a. **Limitation**

We will not pay for increased construction costs:

(1) When the Actual Cash Value - Buildings applies; or

(2) Until the property is actually repaired or replaced, at the same or another premises.

b. **Exclusion**

We will not pay for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

c. **Limit of Insurance**

The most we will pay for increased construction costs at each described property:

(1) For Building property is $10,000; and

(2) For Tenant Improvement and Betterments is $20,000.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

d. The terms of these Coverages apply separately to each building.

### 10. Laptop Computers - Worldwide Coverage

The following Additional Coverage is added:

We will pay up to $10,000 as a Limit of Insurance to apply to laptop, palmtop and similar portable computer equipment and accessories anywhere in the world, including while in transit. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**Limitation:** We will not pay for loss or damage caused by, resulting from, arising out of the theft of this property which in transit as checked baggage.

This Additional Coverage is subject to the provisions of Computers and Media, Form SS 04 41, with the exception of the Limit of Insurance provision contained in that form. Computers and Media, Form SS 04 41 is made a part of this policy whether or not Computers and Media coverage is indicated in the Declarations.

HART000098

**11. Off-Premises Utility Services - Direct Damage**

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to apply at each described premises to cover direct physical loss or damage to Covered Property caused by the interruption of utility services. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This Additional Coverage is subject to the provisions of Off-Premises Utility Services - Direct Damage, Form SS 40 18, with the exception of the Utility Services Limit of Insurance contained in that form. Off-Premises Utility Services – Direct Damage, Form SS 40 18 is made a part of this policy, whether or not Off-Premises Utility Services – Direct Damage coverage is indicated in the Declarations.

**12. Outdoor Signs**

The following Additional Coverage is added and supercedes any other coverage for signs in this policy:

This Additional Coverage is in addition to any recoverable Limits of Insurance applicable to Building or Business Personal Property.

We will pay up to full value of outdoor signs at each described premises to cover direct physical loss or damage to outdoor signs.

This Additional Coverage is subject to the provisions of Outdoor Signs, Form SS 04 44, with the exception of the Limit of Insurance provision and paragraph **E.** of that form. Outdoor Signs, Form SS 04 44 is made a part of this policy whether or not Outdoor Signs coverage is indicated in the Declarations.

**13. Personal Effects**

The following Additional Coverage is added:

We will pay up to $10,000 as an additional Limit of Insurance to apply at each described premises to extend coverage that applies to Business Personal Property to cover personal effects owned by you, your officers, your partners, or your employees.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**14. Property at Other Premises**

The following Additional Coverage is added:

We will pay up to $10,000 to extend Business Personal Property and Valuable Papers and Records to apply at any premises not described in the Declarations. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This includes property that you have sold under an installation agreement and your responsibility continues until the property is accepted by the customer.

This Extension does not apply to:

**a.** Property in the care, custody or control of your salespersons; or

**b.** Property at any fair or exhibition.

This Limit of Insurance is in addition to any other Limit shown in the Declarations for this coverage.

**15. Salespersons' Samples**

The following Additional Coverage is added:

We will pay up to $5,000 as an additional Limit of Insurance to extend Business Personal Property to cover:

**a.** Samples of your stock in trade (including containers); and

**b.** Similar property of others;

but only while such property is in: **(1)** your custody while acting as a sales representative or **(2)** in the custody of your sales representatives or agents.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**16. Tenant Building Coverage - Required by Lease**

The following Additional Coverage is added:

We will pay up to $20,000 as a Limit of Insurance to apply to direct physical loss of or damage to Building and Business Personal Property for which you have a contractual responsibility to insure. This includes building fixtures, machinery and equipment. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**17. Transit Coverage**

This Additional Coverage is added only if your policy includes the Special Property Coverage Form.

We will pay up to $10,000 as a Limit of Insurance to apply to direct physical loss of or damage to property while in transit at your risk. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This Additional Coverage is subject to the provisions of Transit Coverage, Form SS 04 30, with the exception of the Limit of Insurance provision contained in that form. Transit

HART000099

Coverage, Form SS 04 30 is made a part of this policy whether or not Transit Coverage is indicated in the Declarations.

## 18. Valuation Changes

The following are added to the Loss Payment Property Loss Condition E.5.d.:

### a. Commodity Stock

We will determine the value of merchandise and raw materials that are bought and sold at an established market exchange. We will determine the value at:

(1) The posted market price at the time and place of loss;

(2) Less discounts and expenses you otherwise would have had.

### b. Manufactured Goods

We will determine the value of goods that you have manufactured at the selling price less discounts and expenses you otherwise would have had.

### c. Mercantile Stock - Sold

We will determine the value of goods you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**B.** The following changes apply to the Standard Property Coverage Form, Coverage Extensions, **A.5.**, or to the Special Property Coverage Form, Coverage Extensions, **A.6.**:

### 1. Newly Acquired or Constructed Property

The following changes are made to Newly Acquired or Constructed Property:

#### a. Building

The most we will pay in subparagraph **(1)** is increased to $1,000,000 at each premises.

#### b. Business Personal Property

The most we will pay in subparagraph **(2)** is increased to $500,000 at each premises.

### 2. Outdoor Property

In the Outdoor Property Coverage Extension, the most we will pay is increased to $25,000, but not more than $1,000 for any one tree, shrub or plant.

### 3. Property Off Premises

The following changes are made to subparagraph **c.(2)** of Property Off Premises:

#### a. The most we will pay is increased to $25,000.

**C.** The following changes apply only if Business Income and Extra Expenses are covered under this policy. These changes apply to the Standard Property Coverage Form, Additional Coverages, **A.4.**, or to the Special Property Coverage Form, Additional Coverages, **A.5.**:

### 1. Business Income at Newly Acquired Premises

The following Additional Coverage is added:

**Business Income at Newly Acquired Premises**

We will pay up to $250,000 as a Limit of Insurance to apply to Business Income and Extra Expense to cover at any location you acquire, other than fairs or exhibitions. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

a. This policy expires;

b. 90 days expire after you acquire or begin to construct the property, or

c. You report values to us.

We will charge you additional premium for values reported from the day construction begins or you acquire the property.

### 2. Business Income Extension for Off-Premises Utility Services

The following Additional Coverage is added:

We will pay up to $25,000 as a Limit of Insurance to apply at each described premises to cover loss of Business Income and Extra Expense caused by the interruption of utility services. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This Additional Coverage is subject to the provisions of Business Income Extension For Off-Premises Utility Services, Form SS 04 19, with the exception of the Limit of Insurance provision contained in that form. Business Income Extension For Off Premises Utility Services, Form SS 04 19 is made a part of this policy whether or not Business Income Extension For Off-Premises Utility Services coverage is indicated in the Declarations.

### 3. Business Income Extension for Web Sites

The following Additional Coverage is added:

We will pay up to $50,000 as a Limit of Insurance to cover loss of Business Income you sustain due to the necessary interruption of business

**Form SS 04 74 09 01**

**Page 5 of 6**

HART000100

operations caused by direct physical loss or damage to your Web Site operation at the premises of a vendor acting as your service provider. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

Such interruption must be caused by or result from a Covered Cause of Loss.

### a. Coverage Time Period

We will only pay for loss you sustain during the 7-day period immediately following the first 12 hours after the Covered Cause of Loss.

### b. Conditions

This coverage applies only:

(1) If you have a back-up copy of your Web Page stored at a location other than the site of the Web Site vendor.

(2) To the extent that Business Income is permanently lost.

### 4. Dependent Properties - Anchor Stores and Major Suppliers

The following Additional Coverage is added:

We will pay up to $50,000 as a Limit of Insurance to apply to loss of Business Income and Extra Expense due to direct physical damage at property of others you depend on. This Limit of Insurance is in addition to any other Limit shown in the Declarations for specific Dependent Properties.

This additional coverage is subject to the provisions of Dependent Properties - Anchor Stores/Major Suppliers, Form SS 04 78, with the exception of the Limit of Insurance provision

contained in that form. Anchor Stores/Major Suppliers, Form SS 04 78 is made a part of this policy whether or not Anchor Stores/Major Suppliers coverage is indicated in the Declarations.

There is no requirement for Dependent Properties to be scheduled for the coverages provided by this STRETCH endorsement to apply.

Form SS 04 74 09 01

HART000101



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEPENDENT PROPERTIES - ANCHOR STORES AND MAJOR SUPPLIERS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of this policy apply to the insurance stated below
**The following is added to Additional Coverages:**

**Dependent Properties**

**1. Coverage**

Your Business Income and Extra Expense coverages are extended to apply to covered loss at your described premises, caused by direct physical loss or damage by a Covered Cause of Loss to the Dependent Properties stated in the Declarations.

Dependent Properties means property operated by others that you depend on to:

a. Deliver materials or services to you or to others for your account. This does not include:

(1) Water, communication, power supply or any other utility service; or

(2) Any type of web site or internet service.

b. Accept your products or services;

c. Manufacture products for delivery to your customers under contract of sale; or

d. Attract customers to your business premises.

**2. Additional Conditions**

The following conditions also apply:

a. Coverage provisions respecting direct physical loss or damage will apply separately to each Dependent Property premises.

b. This Additional Coverage will end when the Dependent Property should be rebuilt or replaced with reasonable speed and similar quality.

**3. Limit of Insurance**

The most we will pay for each occurrence of loss under this Additional Coverage is the Limit of Insurance for this coverage stated in the Declarations.

HART000102



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRIME COMMON CONDITIONS AND EXCLUSIONS

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

The following conditions are added the **Standard Property Coverage Form** and the **Special Property Coverage Form.**

## A. CRIME COMMON CONDITIONS

### 1. Consolidation - Merger

If through consolidation or merger with, or purchase of assets of, some other entity:

**a.** Any additional persons become "employees"; or

**b.** You acquire the use and control of any additional premises;

any insurance afforded for "employees" or premises also applies to those additional "employees" and premises, but only if you:

(1) Give us written notice within 60 days thereafter; and

(2) Pay us an additional premium.

### 2. Discovery Period for Loss

We will pay only for covered loss discovered no later than one year from the end of the policy period.

Discovery of loss occurs when you first become aware of facts which would cause a reasonable person to assume that a loss covered by this policy has been, or may be incurred even though the exact amount or the details of the loss may not then be known.

Discovery also occurs when you receive notice of an actual or potential claim against you alleging facts, which if true, would be a covered loss under this policy.

### 3. Joint Insured

**a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

**b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

**d.** If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

**e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

### 4. Legal Action Against Us

The following replaces the Legal Action Against Us in the Property Loss Conditions:

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which you discover the loss .

© 2000, The Hartford

HART000103

5. **Loss Sustained During Prior Insurance**

   a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      (1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

      (2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

      (1) This insurance as of its effective date; or

      (2) The prior insurance had it remained in effect.

6. **Non-Cumulation of Limit of Insurance**

   Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

7. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate**

   If any loss is covered under this policy and under any prior canceled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest, we will not pay more than the highest single Limit of Insurance. We will settle such claim as follows:

   a. We will first pay the Limit of Insurance applicable under this policy subject to this policy's applicable deductible; then

   b. If the Limit of Insurance under that prior policy is equal to or less than the Limit of Insurance under this policy, we will make no further payment; or

   c. If the Limit of Insurance under that prior policy is higher than the Limit of Insurance under this policy, we will then pay for any remaining part of the loss.

      But in no event will our total payment for loss be more than would be payable under the policy with the highest Limit of Insurance.

We will also apply any deductible under that prior policy to the extent it exceeds the deductible under this policy.

8. **Ownership of Property, Interests Covered**

   The property covered under this insurance is limited to property:

   a. That you own or hold; or

   b. For which you are legally liable.

   However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

9. **Policy Period**

   a. The Policy Period is stated in the Declarations.

   b. Subject to the Loss Sustained During Prior Insurance condition, **A.5.** above, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

10. **Recoveries**

    The following replaces the Recovered Property in the Property Loss Conditions:

    a. Any recoveries less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

       (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

       (2) Then to us, until we are reimbursed for the settlement made;

       (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    b. Recoveries do not include any recovery:

       (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

       (2) Of original "securities" after duplicates of them have been issued.

B. **CRIME COMMON EXCLUSIONS**

   The following are Exclusions replace the Exclusions in Section B:

   1. **Governmental Action**

      We will not pay for loss resulting from seizure or destruction of property by order of governmental authority.

Form SS 04 80 03 00

HART000104

2. **Indirect Loss**

   We will not pay for loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

3. **Legal Expenses**

   We will not pay for expenses related to any legal action.

4. **Nuclear Hazard**

   We will not pay for loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

5. **War and Similar Actions**

   We will not pay for loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

C. **CRIME COMMON DEFINTIONS**

The following is added to Definitions

**"Employee"** means:

1. Any natural person:

   a. While in your service (and for 60 days after termination of service); and

   b. Whom you compensate directly by salary, wages or commissions; and

   c. Whom you have the right to direct and control while performing services for you;

2. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises;

3. Any natural person who is your partner or member of a limited liability corporation.

4. Any natural person, whether or not compensated, while performing services for you as the chairman or a member of any committee;

5. Any natural person who is a non-compensated officer;

6. Any natural person who is a director or trustee while acting as a member of any of your elected or appointed committees or while acting within the scope of the usual duties of an "employee";

7. Any natural person who is a non-compensated volunteer, other than one who is a fund solicitor, while performing services for you that are usual to the duties of an "employee";

8. Any natural person who is a former employee, director, partner, member, representative or trustee retained as a consultant while performing services for you;

9. Any natural person who is a student intern who is pursuing studies or acting within the scope of the usual duties of an "employee";

10. Any natural person, who is a student enrolled in your facility, while handling or has possession of property or funds in connection with sanctioned student activities;

11. The spouses of and children over 18 years old who reside with any "employee" who is a building manager, superintendent or janitor.

    Each family is deemed to be, collectively, one "employee" for the purposes of this insurance, except that any Termination Condition applies individually to the spouse and children.

**"Employee" does not mean:**

(1) An agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any manager, director, partner, member or trustee, except while acting within the scope of the usual duties of an "employee".

**Form SS 04 80 03 00**

**Page 3 of 3**

HART000105



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO PHYSICAL DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.

**A. HIRED AUTO PHYSICAL DAMAGE COVERAGE**

**1. Coverage**

We will pay for "loss" to "autos" or its equipment that you hire or borrow, subject to the following limit:

The most we will pay for "loss" to any one covered "auto" in any one event is:

**a.** The limit shown in the Declarations for Hired Auto Physical Damage;

**b.** The actual cash value of the damaged or stolen property at the time of the "loss"; or

**c.** The cost of repairing or replacing the damaged or stolen property,

whichever is smallest, minus a deductible.

We will also cover loss of use of a hired covered "auto" if it results from an "accident", you are legally liable, and the lessor incurs an actual financial loss, subject to a maximum of $1000 per "accident".

Subparagraph **A.1.b.(2)** (Business Personal Property) does not apply to this insurance.

The paragraph **2. PROPERTY NOT COVERED** is changed to read Covered Property does not include.

**a.** Aircraft, automobiles, motor trucks and other vehicles subject to motor vehicle registration except as to "autos" defined in this endorsement.

**2. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the Hired Auto Physical Damage deductible shown in the Declarations.

**B. ADDITIONAL EXCLUSIONS**

Solely with respect to the coverage afforded by this endorsement, the following additional exclusions are added:

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

**a. Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War or Military Action**

(1) War, including undeclared or civil war.

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

HART000106

2. We will not pay for "loss" to any covered "auto" while used in professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" caused by or resulting from any of the following:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

5. We will not pay for "loss" to any "auto" you hire or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), volunteers or members of their household.

## C. AMENDED CONDITION

Solely with respect to the coverages afforded by this endorsement, the following conditions apply:

**Other Insurance**

The insurance provided by this endorsement is excess over any other collectible insurance, whether primary, excess, contingent, or on any other basis.

## D. ADDITIONAL CONDITIONS

Solely with respect to the coverages afforded by this endorsement, the following conditions apply:

1. **Appraisal**

   If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. **Loss Payment**

   At our option we may:

   a. Pay for, repair or replace damaged or stolen property;

   b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

   c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

3. **Duties In The Event of Accident or Loss**

   In the event of a "loss", you must also do the following:

   a. Promptly notify the police if the covered "auto" or any of its equipment is stolen;

   b. Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim;

   c. Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition; and

   d. Agree to examination under oath at our request and give us a signed statement of your answers.

4. **No Benefit To Bailee**

   We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

## E. ADDITIONAL DEFINITIONS

Solely with respect to the coverages afforded by this endorsement, the following definitions apply:

1. "Auto" means a land motor vehicle of the private passenger or truck type with a gross vehicle weight of 20,000 lbs. or less. "Auto" includes a trailer with a load capacity of 2000 lbs. or less.

2. "Loss" means direct and accidental loss or damage.

Form SS 04 84 03 00

HART000107



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FORGERY COVERAGE
### (Including Credit Cards, Currency and Money Orders)

This endorsement modifies insurance provided under the following:

**STANDARD PROPERTY COVERAGE FORM**
**SPECIAL PROPERTY COVERAGE FORM**

Except as otherwise stated in this endorsement, the terms and conditions of the policy apply to the insurance stated below.
**The following is added to Additional Coverages:**
**A. FORGED OR ALTERED INSTRUMENTS COVERAGE**

   **1. Covered Property**

     Covered Property means the following instruments:

     **a.** Checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

       **(1)** Made or drawn by or drawn upon you;

       **(2)** Made or drawn by one acting as your agent;

      or that are purported to have been so made or drawn; and

     **b.** Written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes.

   **2. Covered Causes of Loss**

     Covered Causes of Loss means forgery or alteration.

   **3. Legal Expense Additional Coverage**

     If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. This payment is in addition to the applicable Limit of Insurance. The Deductible does not apply to this Coverage Extension.

   **4. Additional Conditions**

     The following conditions apply in addition to the Common Policy Conditions and the Crime Common Conditions and Exclusions Form.

     **a.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

     **b.** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

     **c.** The Coverage Territory is revised to cover loss you sustain anywhere in the world.

   **5. Exclusion**

     The following Exclusion applies in addition to the Exclusions in the Crime Common Conditions and Exclusions.

     We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, or trustees:

     **a.** Acting alone or in collusion with other persons; or

     **b.** While performing services for you or otherwise.

HART000108

## B. COUNTERFEIT CURRENCY AND MONEY ORDERS COVERAGE

### 1. Covered Property

Covered Property means the following:

We will pay for loss directly resulting from

  **a.** Money orders, including counterfeit money orders, of any United States or Canadian post office, express company or national or state (or Canadian) chartered bank that are not paid upon presentation; and

  **b.** Counterfeit United States or Canadian paper currency.

### 2. Covered Causes of Loss

Covered Causes of Loss means the acceptance of Covered Property in good faith, in exchange for merchandise, money or services, during the regular course of business.

### 3. Exclusions

The following Exclusion applies in addition to the Exclusions in the Crime Common Conditions and Exclusions.

  **a.** We will not pay for loss resulting from any dishonest or criminal act committed by any of your "employees", directors, trustees or authorized representatives:

   **(1)** Acting alone or in collusion with other persons; or

   **(2)** While performing services for you or otherwise.

  **b.** We will not pay for loss resulting from the giving or surrendering of property in any exchange or purchase.

  **c.** We will not pay for loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

## C  DEDUCTIBLE

We will not pay for loss in any one Occurrence unless the amount of loss exceeds the **Deductible** stated in the Declarations. We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance.

## D. LIMIT OF INSURANCE

The most we will pay for each Occurrence of loss under this Endorsement is the Forgery Limit of Insurance stated in the Declarations.

The Additional Coverages are included in this Limit of Insurance.

## E. OCCURRENCE DEFINITION

### 1. For Forged or Altered Instruments Coverage, **Occurrence** means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments of Covered Property.

### 2. For Counterfeit Currency and Money Order Coverage, **Occurrence** means an:

  **a.** Act or series of related acts involving one or more persons; or

  **b.** Act or event, or series of related acts or events not involving any person.

Form  SS 04 86 03 00

HART000109

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERILS SPECIFICALLY EXCEPTED

As used herein, "Peril" means a cause of physical loss or damage to property. It has this meaning whether or not it is called a "Peril" or a "Cause of Loss" in this policy.

Even if any of the terms of this policy might be construed otherwise, the following Perils, as described in Paragraphs A. and B. below, are **SPECIFICALLY EXCEPTED FROM THIS POLICY. WE DO NOT COVER OR INSURE AGAINST LOSS OR DAMAGE DIRECTLY OR INDIRECTLY CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY, OR WHICH WOULD NOT HAVE OCCURRED BUT FOR, EITHER OF THESE PERILS:**

**A. ACTS, ERRORS OR OMISSIONS** by you or others in:

1. Planning, zoning, developing, surveying, testing or siting property;

2. Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;

3. The design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of all or any part of the following:

    a. Land or buildings or other structures;

    b. Roads, water or gas mains, sewers, drainage ditches, levees, dams, or other facilities; or

    c. Other improvements or changes in or additions to land or other property.

4. The furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of any of the above property or facilities; or

5. The maintenance of any of such property or facilities.

This exception A. applies whether or not the property or facilities described above are:

1. Covered under this policy; or

2. On or away from the covered premises.

This exception A. does not reduce the insurance for loss or damage caused directly by a Covered Peril.

As used in this endorsement:

1. If this policy is written to cover the risk of loss from specifically named causes. "Covered Peril" means any Peril specifically named as covered; or

2. If written to cover the risk of loss without specifying specifically named causes, "Covered Peril" means any Peril not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.

**B. COLLAPSE, "CRACKING" OR "SHIFTING"** of buildings, other structures or facilities, or their parts, if the collapse, "cracking" or "shifting":

1. Occurs during "earth movement," "volcanic eruption" or "flood" conditions or within 72 hours after they cease; and

2. Would not have occurred but for "earth movement," "volcanic eruption" or "flood."

But if loss or damage by a covered Peril ensues at the covered premises, we will pay for that ensuing loss or damage.

This exception B. applies whether or not there are other provisions in this policy relating to collapse, "cracking" or "shifting" of buildings, other structures or facilities, or their parts. Any such provision is revised by this endorsement to include this exception.

But if this policy specifically covers (by endorsement or in any other way) loss or damage caused by one or more of the following Perils:

1. Earthquake;

2. Flood;

3. Volcanic action;

4. Volcanic eruption; or

5. Sinkhole collapse,

this exception B. will not reduce that coverage.

As used in this exception B.:

**Form IH 10 01 09 86**   Printed in U.S.A.

**Page 1 of 2**

Copyright, Hartford Fire Insurance Company, 1986

HART000110

1. "Cracking" means cracking, separating, shrinking, bulging, or expanding;

2. "Shifting" means shifting, rising, settling, sinking, or lateral or other movement;

3. "Earth movement" means any earth movement, including but not limited to "earthquake," landslide, mudflow, erosion, contraction or expansion, subsidence, any movement of earth resulting from water combining with the ground or soil, and any other "shifting" of earth; all whether or not combined with "flood" or "volcanic eruption." It does not include sinkhole collapse if loss by sinkhole collapse is specifically covered in this policy;

4. "Earthquake" means a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or "shifting" of rock beneath the surface of the ground from natural causes. An "Earthquake" includes all related shocks and after shocks;

5. "Volcanic eruption" means the eruption, explosion or effusion of a volcano. It does not include volcanic action if loss by volcanic action is specifically covered in this policy;

6. "Flood" means:

   a. Flood, surface water, waves, tides, tidal water, tidal waves, high water, and overflow of any body of water, or their spray, all whether driven by wind or not;

   b. Release of water held by a dam, levy or dike or by a water or flood control device;

   c. Water that backs up from a sewer or drain; or

   d. Water under the ground surface pressing on, or flowing, leaking or seeping through:

      (1) Foundations, walls, floors or paved surfaces;

      (2) Basements, whether paved or not; or

      (3) Doors, windows or other openings.

**Form IH 10 01 09 86**   Printed in U.S.A.

**Page 2 of 2**

Copyright, Hartford Fire Insurance Company, 1986

HART000111



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS HAZARD EXCLUSION

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

This insurance does not apply to any damages, judgments, settlements, loss, costs or expenses that:

1. May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the asbestos hazard; or

2. Arise out of any request, demand or order to test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos hazard; or

3. Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an asbestos hazard.

As used in this exclusion, asbestos hazard means an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

**Form SS 05 12 03 92**  Printed in U.S.A. (NS)

© 1992, The Hartford

HART000112



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - NUCLEAR ENERGY LIABILITY

1. This insurance does not apply:

   a. To any injury or damage:

      (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

         (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

         (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any Medical Payments or Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   c. To any injury or damage resulting from the "hazardous properties" of "nuclear material"; if:

      (1) The "nuclear material":

         (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

         (b) Has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

      (3) The injury or damage arises out of the furnishing by any insured of any "technology services" in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; or

      (4) The injury or damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (4) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this exclusion:

   a. "Byproduct material", "source material" and "special nuclear material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   b. "Hazardous properties" include radioactive, toxic or explosive properties.

   c. "Nuclear facility" means:

      (1) Any "nuclear reactor";

      (2) Any equipment or device designed or used for:

Form SS 05 47 09 01

© 2001, The Hartford

HART000113

**(a)** Separating the isotopes of uranium or plutonium;

**(b)** Processing or utilizing "spent fuel"; or

**(c)** Handling, processing or packaging "waste";

**(3)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(4)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**d.** "Nuclear material" means "byproduct material", "source material" or "special nuclear material".

**e.** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**f.** Injury or damage and "property damage" include all forms of radioactive contamination of property.

**g.** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

**h.** "Technology services" means:

**(1)** Consulting, analysis, design, installation, training, maintenance, support and repair of or on: software, wireless applications, firmware, shareware, networks, systems, hardware, devices or components;

**(2)** Integration of systems;

**(3)** Processing of, management of, mining or warehousing of data;

**(4)** Administration, management, operation or hosting of: another party's systems, technology or computer facilities;

**(5)** Manufacture, sale, licensing, distribution, or marketing of: software, wireless applications, firmware, shareware, networks, systems, hardware, devices or components;

**(6)** Design and development of: code, software or programming; or

**(7)** Providing software application: services, rental or leasing.

**i.** "Waste" means any waste material:

**(1)** Containing "byproduct material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(2)** Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

Form SS 05 47 09 01

HART000114



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIAL EVENTS

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

Except as indicated below, this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any "Special Event" sponsored or organized, in whole or in part, by the insured. This exclusion applies whether the "Special Event" is held on premises owned by the insured or on any other premises.

**A. Non-Scheduled "Special Events"**

1. This exclusion does not apply to the following "Special Events":
   a. Breakfast meetings;
   b. Luncheons;
   c. Dinners or dinner dances;
   d. Bake, craft, book or clothing sales;
   e. Exhibition of members' work or art;
   f. Demonstration of members' work or art;
   g. Lectures and Speakers; and
   h. Bridge tournaments.

2. If you are a "Cultural Institution", this exclusion also does not apply to :
   a. Your Exhibition or Show Openings.
   b. Sponsored trips to similar cultural institutions when transportation is not provided or is provided by contract carrier.
   c. Regular, ongoing, scheduled programming which is a part of a library curriculum such as children's story-time or reading programs.

**B. Scheduled "Special Events"**

This exclusion does not apply to "Special Events" specifically scheduled and described in the declarations and for which a separate premium charge is made.

Scheduled "Special Events" are limited to the following:

1. Parades, with permits;

2. Concerts, however, rock band concerts are excluded;

3. Amateur Plays;

4. Puppet Shows;

5. Exhibition Openings;

6. Musical Performances;

7. Film Showings;

8. Dances;

9. Antique Shows;

10. Casino Nights;

11. Fairs;

12. Athletic Events;

13. Art or Craft Exhibitions and Demonstrations;

14. Collectible Car shows (exhibit only).

**C. Additional Exclusions**

As regards any covered "Special Event" as defined in this endorsement, this insurance does not apply to the following:

2. "Bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition; or

3. "Bodily injury", "property damage" or "personal and advertising injury" arising out of:
   a. The ownership, maintenance, operation, use or entrustment to others of any:
      1) Mechanically operated amusement devices;

---

**Form SS 05 64 03 00**

**Page 1 of 2**

© 2000, The Hartford

HART000115

2) Aircraft and similar devices including but not limited to balloons, parasails, parachutes, hang gliders and ultralights; or

3) any trampoline or gymnastic rebounding device

owned or operated by or on behalf of or rented to a person(s) or organization(s);

b. Any fireworks display;

c. A rock band concert, whether conducted or sponsored, in whole or in part;

d. Animal related activities;

e. Auto, motorcycle or boat races or events;

f. Biking events;

g. Bungee jumping;

h. Water related activities;

i. Construction activities;

j. Demonstrations, strikes, protests or rallies;

k. Traffic control, road closures, route lay-out or planning; or

l. Provision or arrangement of transportation including any contract to furnish transportation.

**D. Additional Definitions**

As respects this endorsement, the following additional definitions apply:

1. "Cultural Institution" means a museum, art gallery or library.

2. "Special Event" means an activity, event, performance, entertainment, fundraiser or exhibition which is:

   a. Open to the public, the insured's membership or invitees, whether or not an admission is charged;

   b. Held for a specified or limited duration of time; and

   c. Separate or distinct from the insured's regular, ongoing operations and designed to promote or benefit the insured or some other cause.

Form SS 05 64 03 00

HART000116

POLICY NUMBER: 42 SBA FT4964



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

NAMED INSURED

COUNCIL FOR RESPONSIBLE NUTRITION
CRN 401 K PLAN

COUNCIL FOR RESPONSIBLE NUTRITION
MONEY PURCHASE PENSION PLAN

COUNCIL FOR RESPONSIBLE NUTRITION
CRN MONEY PURCHASE PENSION PLAN

04750

*0100042FT49640101

Form IH 12 00 11 85 T SEQ. NO. 001     Printed in U.S.A. Page 001
Process Date: 02/23/04                               Expiration Date: 04/01/05

HART000117

POLICY NUMBER: 42 SBA FT4964



THIS ENDORSEMENT  CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

ADDITIONAL  INSURED  -  MANAGER/LESSOR

**Form IH 12 00 11 85 T SEQ. NO.** 003     **Printed in U.S.A. Page** 001
**Process Date:** 02/23/04                              **Expiration Date:** 04/01/05

HART000118



# IMPORTANT NOTICE TO POLICYHOLDERS

To help your insurance keep pace with increasing costs, we have increased your amount of insurance . . . giving you better protection in case of either a partial, or total loss to your property.

If you feel the new amount is not the proper one, please contact your agent or broker.

**Form PC-374-0**   Printed in U.S.A.

HART000119



# EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
## (CLAIMS MADE)

**THE INSURANCE AFFORDED BY THIS COVERAGE IS CLAIMS MADE COVERAGE. THIS COVERAGE, SUBJECT TO ITS PROVISIONS, APPLIES ONLY TO ANY CLAIM FIRST MADE DURING THE POLICY PERIOD OR THE EXTENDED REPORTING PERIOD, IF PURCHASED, AND REPORTED TO US AS SOON AS PRACTICABLE BUT IN NO EVENT LATER THAN 60 DAYS AFTER THE END OF THE POLICY PERIOD OR THE EXTENDED REPORTING PERIOD, IF PURCHASED. CLAIMS EXPENSES SHALL REDUCE AND MAY EXHAUST THE LIMIT OF LIABILITY AND SHALL BE INCLUDED IN THE DEDUCTIBLE.**

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine your rights, duties and what is and is not covered. Please discuss the coverage provided by this policy with your insurance agent or broker.

Throughout this policy the words **you** and **your** refer to the **Named Insured** in the Declarations. The words **we, us and our** refer to the stock insurance company member of THE HARTFORD shown on the Declarations Page.

The word **Insured** means any person or organization qualifying as such under the definition of **Insured** as defined in **DEFINITIONS (SECTION II)**

Other words and phrases that appear in **bold** are defined in **DEFINITIONS (SECTION II)** of this Coverage Part.

In consideration of, and subject to, the payment of the premium by **you** and in reliance upon the accuracy and completeness of the **Application**, including but not limited to the statements, attachments and exhibits contained in and submitted with the **Application**, **we** agree with **you**, subject to all terms, exclusions and conditions of this coverage form, as follows:

## I. INSURING AGREEMENT

A. **We** will pay on behalf of the **Insured** all **Damages** which the **Insured** becomes legally obligated to pay as a result of a **Wrongful Act** alleged in any **Claim**, if the **Claim** is first made against the **Insured** during the **Policy Period** or the **Extended Reporting Period**, if purchased, and reported to **us** as soon as practicable but in no event later than 60 days after the end of the **Policy Period** or the **Extended Reporting Period**, if purchased.

For the purposes of this coverage, a **Claim** shall be deemed first made against the **Insured** when the **Claim** is received by the **Insured**, not when the **Claim** is filed or initiated by the party or parties asserting the **Claim**.

B. **We** shall have the right and duty to defend any such **Claim** to which this insurance may apply, even if the allegations of the **Claim** are groundless, false or fraudulent. The duty to defend provided by this coverage form will end when **we** have used up the applicable limit of insurance for the payment of **Damages** or **Claims Expenses**.

C. **We** shall select defense counsel with the consent of the **Insured**, which consent shall not be unreasonably withheld. The **Insured** shall cooperate fully with **our** investigation and defense of any **Claim** as provided in **SECTION VIII.** below.

D. **We** shall investigate the **Claim** and, with written consent of the **Insured**, shall settle or compromise any **Claim** as **we** deem appropriate. If the **Insured** refuses to consent to any settlement or compromise recommended by **us** and acceptable to the claimant, then **our** liability to pay **Damages** and **Claims Expenses** shall not exceed the amount which **we** would have paid for **Damages** and **Claim Expenses** at the time the **Claim** could have been settled or compromised, less any deductible.

E. This insurance applies only if on or before the effective date of this coverage, the **Insured** had no knowledge of any circumstances involving any actual or alleged error, misstatement, misleading statement, act, omission, neglect or breach of duty, which could reasonably be expected to result in a **Claim** made against **you**, any **Insured** or any **Subsidiary** under this insurance.

**Form SS 09 01 09 00**
© 2000, The Hartford
**Page 1 of 9**

HART000120

## II. DEFINITIONS

When the following terms are used in this coverage form in boldface type, whether in singular or in plural, they shall have the meanings indicated.

A. **Application** means the written application and the proposal or application for any policy in an uninterrupted series of policies issued by **us** of which this coverage form is a renewal or replacement.

B. **Claim** means:

(1) any written demand received by the **Insured** which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been received within the Coverage Territory set forth in Section VI;

(2) any civil proceeding or lawsuit received by the **Insured**, whether through service or otherwise, which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been filed within the Coverage Territory set forth in Section VI;

(3) any investigative order or notice of charge received by the **Insured** relative to an administrative or regulatory proceeding initiated before the Equal Employment Opportunity Commission or a similar state agency, which alleges a **Wrongful Act** committed by the **Insured** and which has been filed within the Coverage Territory set forth in Section VI; and

(4) any written notice received by the **Insured** of an arbitration, mediation or other form of alternative dispute resolution proceeding, which seeks monetary relief from the **Insured** for a **Wrongful Act** and which has been commenced within the Coverage Territory set forth in Section VI;

however, **Claim** shall not include any organized labor or grievance proceeding or arbitration subject to a collective bargaining agreement.

C. **Claim Expenses** means:

(1) the reasonable and necessary fees charged by any lawyer designated by **us** or by the **Insured** with **our** written consent in defending the **Insured** in connection with any **Claim**; and

(2) all other reasonable and necessary fees, costs and expenses incurred on behalf of the **Insured** by **us** or by the **Insured** with **our** written consent in the investigation, adjustment, defense and appeal of any **Claim**;

however, **Claim Expenses** shall not include **Damages**, salaries, wages, remuneration, overhead or benefit expenses associated with any **Insured** or any of the employees or officials of any **Insured**.

D. **Damages** means all sums which the **Insured** is legally obligated to pay solely as a result of a **Claim** insured by this coverage form, including judgments, settlements, damages (including back pay, front pay and other damages for loss of future earnings), attorneys' fees, costs or expenses awarded to a prevailing claimant or plaintiff, pre-judgment interest and post-judgment interest;

however, **Damages** shall not include:

(1) matters deemed uninsurable under the law pursuant to which this Policy is construed;

(2) taxes, civil or criminal fines or penalties imposed by law;

(3) punitive, exemplary or liquidated damages or the portion of any multiplied damages award which exceeds the amount that was multiplied, unless these damages are included within **Damages** by an endorsement attached to this coverage form and are insurable under the law pursuant to which this Policy is construed;

(4) the costs associated with any form of non-monetary relief awarded against **you** or any **Insured**; or

(5) judgments, awards, or settlements or any other amounts owed to any claimant's domestic partner, spouse, child, parent or sibling.

E. **Insured** means:

(1) **you**;

(2) any **Subsidiary** of **yours**;

(3) if **you** are a corporation or an organization other than a partnership or a joint venture, any past, present or future directors and officers of **yours** or any **Subsidiary** of **yours**, but only for acts within the scope of their capacity as **your** director or officer or **your Subsidiary's** director or officer;

(4) if **you** are a partnership or joint venture, any general or limited partner of **yours**, but only for acts within the scope of **your** partnership or joint venture;

(5) if **you** are a limited liability company, any member or manager of **yours**, but only for acts within the scope of their capacity as **your** member or managers;

Form SS 09 01 09 00

HART000121

EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM

(6) any past, present or future employee, whether such employee was or is in a supervisory, co-worker, subordinate, part-time, seasonal and/or temporary position, of **yours** or any **Subsidiary** of **yours**, but only for acts within the scope of their employment by **you** or **your Subsidiary**; however independent contractors are not employees and are not **Insureds**;

(7) any individual who is a leased or loaned employee to **you** or any **Subsidiary** of **yours**, provided that **you** or **your Subsidiary** provides indemnification for such individual for services rendered in the same manner as if those services were rendered by an employee of **yours** or **your Subsidiary**; and

(8) the heirs, executors, administrators, assigns or legal representatives of each of the above **Insureds** in the event of their death, incapacity or bankruptcy.

However, no person or organization is an **Insured** with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a **Named Insured** in the Declarations.

F. **Named Insured** means the individual, partnership or corporation designated in the Declarations.

G. **Policy Period** means the period from the Policy Inception Date and hour to the Policy Expiration Date and hour stated in the Declarations or the earlier cancellation date of the Policy, if any.

H. **Related Wrongful Acts** means **Wrongful Acts** which have as a common nexus any fact, circumstance, situation, event, transaction, cause or series of causally connected facts, circumstances, situations, events, transactions or causes.

I. **Subsidiary** means any entity in which, and only for the period of time that, more than 50% of the outstanding securities or voting rights representing the present right to vote for the election of directors of such entity are owned by **you** directly or through one or more of **your Subsidiaries**, if such entity:

(1) was so owned at the Policy Inception Date; or

(2) becomes so owned after the Policy Inception Date provided the provisions of Section IX. C. (2) are fulfilled.

J. **Wrongful Act** means any error, misstatement, misleading statement, act, omission, neglect, or breach of duty actually or allegedly committed or attempted by any **Insured** in connection with any:

(1) wrongful dismissal, discharge or termination in employment, whether actual or constructive;

(2) wrongful failure to hire or promote;

(3) wrongful discipline or demotion;

(4) wrongful failure to create, apply or enforce any employment-related policy or procedure;

(5) wrongful failure to grant tenure;

(6) employment-related misrepresentation or defamation;

(7) employment-related invasion of privacy;

(8) employment-related infliction of emotional distress;

(9) employment-related unlawful discrimination, including, but not limited to, discrimination based upon age, gender, sex, pregnancy, race, color, national origin, religion, sexual orientation, sexual preference, marital status, disability or any other class of persons protected under any federal, state, municipal or local law;

(10) employment-related unlawful sexual harassment or other form of workplace harassment, including hostile work environment and quid pro quo harassment, prohibited by any federal, state, municipal or local law;

(11) employment-related unlawful retaliation against a past, present or future employee of **yours** or any **Subsidiary** of **yours**, prohibited by any federal, state, municipal or local law;

(12) violation of the Family and Medical Leave Act, as amended;

(13) negligent hiring, evaluation, retention or supervision related to any of the above actual or alleged acts only;

provided that the actual or alleged **Wrongful Act** is directed against a past, present or future employee (whether supervisory, co-worker, subordinate, part-time, seasonal and/or temporary, leased or loaned) of **yours** or any **Subsidiary** of **yours**, or an applicant for employment with **you** or **your Subsidiary**.

HART000122

## III. EXCLUSIONS

This coverage form shall not apply to any **Claim** based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving:

A. in fact any dishonest, fraudulent, criminal, or malicious act or omission committed by or at the direction of the **Insured**;

provided, however, the dishonest, fraudulent, criminal, or malicious act or omission of one **Insured** shall not be imputed to any other **Insured** or to **your** strictly vicarious liability for the purpose of determining the applicability of this exclusion;

B. any act, incident or omission which has been the subject of any notice of circumstance or notice of claim given under any policy or coverage of which this coverage form is a renewal or replacement, or any policy or coverage with an inception date which precedes the inception date stated in the Declarations;

C. any actual or alleged violation of the responsibilities, obligations or duties imposed by the Fair Labor Standards Act (other than the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act, the Occupational Safety and Health Act, the Immigration and Nationality Act, Title IX of the Education Amendments of 1972, the Immigration Reform and Control Act or any statute relating to the benefits, compensation or employment of veterans; or any amendment to any of the foregoing statutes, any rules or regulations promulgated under the foregoing statutes or any other similar law;

D. the **Insured's** activities and or capacity as:

(1) an officer, director, partner, trustee or employee of a business enterprise not named in the Declarations;

(2) an officer, director, partner, trustee or employee of a charitable organization or pension, welfare, profit sharing, mutual or investment fund or trust; or

(3) a fiduciary under the Employment Retirement Income Security Act of 1974 and its amendments or any regulation or order issued pursuant thereto, or any other pension, welfare, retirement or other employee benefit plan or trust sponsored, established or maintained in whole or in part for the benefit of any **your** employees or the employees of **your Subsidiary**;

whether or not such activities were at the request of any other **Insured**;

E. bodily injury to or sickness, disease or death of any person, damage to or destruction of tangible property, including loss of use thereof, assault or battery; provided, that this exclusion shall not apply to employment-related infliction of emotional distress;

F. the failure of the **Insured** to comply with any law governing worker's compensation, unemployment insurance, social security, disability benefits or any similar law;

G. a lockout, strike, picket line, replacement or any other action resulting from or related to organized labor disputes or labor negotiations;

H. damages, costs or expenses incurred by an **Insured** in making physical changes, modifications, alterations or improvements as a part of an accommodation of any disabled person pursuant to the Americans With Disabilities Act of 1990 (ADA), the rules and regulations promulgated thereunder, or any similar federal, state or local law, as amended;

I. any actual or alleged breach of contract, whether oral, written, express or implied.

J. Any injury or damage arising from:

(1) The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

HART000123