UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:06-CV-01590-RMC |

## ORDER

Upon review and consideration of the parties' Cross-Motions for Summary Judgment, their Memoranda in Support and in Opposition, and their Reply Memoranda, as well as argument of counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedures and Local Rules 7 and 56.1, the Court concludes that there is no genuine issue of material fact with respect to the issue of whether Defendant Hartford Casualty Insurance Company ("Hartford") had a duty to defend the underlying lawsuit against Plaintiffs Council for Responsible Nutrition and Annette Dickinson ("Plaintiffs") and that Hartford is entitled to judgment as a matter of law.

Therefore, it is **ORDERED** that Hartford's Motion for Summary Judgment is hereby **GRANTED** and Plaintiffs' Motion for Summary Judgment is **DENIED**. Accordingly, the Court will enter judgment in favor of Hartford declaring that Hartford had no duty to defend the underlying lawsuit and that Plaintiffs have and take nothing from Hartford.

- 2 -

IT IS SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

_____
Date