UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>      Plaintiffs,<br><br>   v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | Case No.: 1:06-CV-01590-RMC |

**DECLARATION OF PATRICK F. HOFER IN SUPPORT OF
DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

TROUTMAN SANDERS LLP
Patrick F. Hofer, Bar No. 412665
Tracy P. Varghese, Bar No. 472805
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950

*Counsel for Defendant Hartford Casualty
Insurance Company*

Dated:   March 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

    Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE
COMPANY,

    Defendant.

Case No.: 1:06-CV-01590-RMC

**DECLARATION OF PATRICK F. HOFER IN SUPPORT OF
DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Patrick F. Hofer, an individual over the age of eighteen, do hereby declare as follows:

1. I am a partner with the law firm of Troutman Sanders LLP, located at 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004.

2. I am admitted to practice in the United States District Court for the District of Columbia.

3. I represent Hartford Casualty Insurance Company ("Hartford"), the defendant in this case.

4. Attached hereto as Exhibit 1 is a true and correct copy of a press release dated November 17, 2006, entitled "ConsumerLab.com Responds to Vitamin Industry Claim to be 'Vindicated' in Defamation Case," as published on the ConsumerLab website as of March 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2007

                                                                                     /s/ Patrick F. Hofer
                                                                                     Patrick F. Hofer