UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE CO., <br><br> Defendant. | Civil Action No. 06-1590 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that CRN's motion for summary judgment on the duty to defend [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that Hartford's motion for summary judgment on the duty to defend [Dkt. #14] is **DENIED.**

**SO ORDERED.**

Date:  July 12, 2007                    _____/s/_____
                                         ROSEMARY M. COLLYER
                                         United States District Judge