UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | Case No.: 1:06-CV-01590-RMC |

## NOTICE

To the Clerk of the Court and all parties of record:

Please take notice that Tracy P. Varghese has left the employ of Troutman Sanders LLP and will no longer serve as counsel of record for Defendant Hartford Casualty Insurance Company ("Hartford") in the above-captioned case.

Patrick F. Hofer and Troutman Sanders LLP will continue to represent Hartford in all respects.

Dated: July 27, 2006

                              Respectfully submitted,

                              /s/ Tracy P. Varghese
                            Tracy P. Varghese, Bar No. 472805
                            TROUTMAN SANDERS LLP
                            401 9th Street, N.W., Suite 1000
                            Washington, D.C. 20004
                            (202) 274-2950 (tel.)
                            *Counsel for Hartford Casualty Insurance Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2007, I caused a copy of the foregoing to be served upon all counsel of record via ECF and electronic mail as set forth below:

>Janet K. Coleman
>WHITNEY & BOGRIS, LLP
>401 Washington Avenue
>Towson, Maryland 21204
>(410) 583-8000 (tel.)


>/s/ Tracy P. Varghese
>Tracy P. Varghese