UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR RESPONSIBLE
NUTRITION and
ANNETTE DICKINSON,

    Plaintiffs,

    v.

HARTFORD CASUALTY INSURANCE
COMPANY,

    Defendant.

Case No.: 1:06-CV-01590-RMC

**DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S
MOTION TO DIRECT ENTRY OF JUDGMENT
ON PLAINTIFFS' CLAIM FOR DECLARATORY JUDGMENT
ON THE DUTY TO DEFEND,
OR, IN THE ALTERNATIVE, TO CERTIFY THE COURT'S ORDER GRANTING
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b),
AND TO STAY TRIAL COURT PROCEEDINGS**

    Defendant Hartford Casualty Insurance Company ("Hartford"), by counsel, respectfully moves the Court, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to direct entry of judgment with respect to its First Cause of Action in the Complaint, which seeks a declaratory judgment with respect to Hartford's duty to defend. The Court's Order of July 12, 2007 ("Order") fully resolves that claim, and there is no just reason for delay in entering final judgment with respect to it. In the alternative, Hartford respectfully moves the Court to certify its Order as involving a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the Order may materially advance the ultimate termination of the litigation, pursuant to 28 U.S.C. § 1292(b). In the event the Court

grants either motion, Hartford also seeks a stay of proceedings in this Court pending appellate review, as the advantage of potentially avoiding unnecessary litigation expense through early appeal of the issues decided by the Court in its Order would otherwise be lost.

In support of its motion, Hartford submits herewith a Memorandum of Points and Authorities and a proposed order.

Dated: Washington, D.C.
August 3, 2007

Respectfully submitted,

_____/s/_____
Patrick F. Hofer, Bar No. 412665
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2950 (tel.)
*Counsel for Defendant Hartford Casualty Insurance Co.*