UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>       Plaintiffs,<br><br>       v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>       Defendant. | Civil Action No. 06-1590 (RMC) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Council for Responsible Nutrition and Annette Dickinson ("Plaintiffs") and Defendant Hartford Casualty Insurance Company ("Hartford"), by counsel, state as follows:

1.  The parties have reached an agreement-in-principle resolving all matters between them at issue in this litigation. Counsel are currently preparing settlement papers for execution by the parties.

2.  Pending finalization of settlement papers, the parties request that all deadlines and dates currently set (including the deadline for opposition to Hartford's motion for interlocutory appeal (currently August 24, 2007), the deadline for Hartford's reply (currently August 31, 2007) and the hearing on that motion (currently September 10, 2007, at 12:15 p.m.) be taken off the calendar.

3.  Following finalization of settlement papers, the parties will file a stipulation dismissing all claims with prejudice.

WHEREFORE, the parties request the Court enter an Order vacating all deadlines in this matter, pending finalization of the settlement.

Respectfully submitted,

_____/s/_____
Janet K. Coleman, Esquire
Bar No. 497902
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, Maryland 21204
410-583-8000
**ATTORNEYS FOR COUNCIL FOR RESPONSIBLE NUTRITION AND ANNETTE DICKINSON**

_____/s/_____
Patrick F. Hofer, Esquire
Bar No. 412665
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
202-274-2950
**COUNSEL FOR DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY**