UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>           Plaintiffs,<br><br>   v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>           Defendant. | Case No.: 1:06-CV-01590-RMC |

### [PROPOSED]  ORDER VACATING DEADLINES

Based on the representations of counsel for Plaintiffs, Council for Responsible Nutrition and Annette Dickinson ("Plaintiffs") and Defendant, Hartford Casualty Insurance Company ("Hartford") that they have reached an agreement–in-principle resolving the matters at issue in this litigation, all deadlines in this matter are vacated pending finalization of the settlement documents.  Therefore, the current deadline for Plaintiffs' opposition to Hartford's motion for interlocutory appeal (currently August 24, 2007), the deadline for Hartford's reply (currently August 31, 2007) and the hearing on that Motion (currently set for September 10, 2007 at 12:15pm) are taken off the calendar.

- 2 -

Counsel shall promptly file a Stipulation of Dismissal when the settlement has been completed.

IT IS SO ORDERED.

_____
Rosemary M. Collyer
United States District Judge

_____
Date

- 2 -