UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR RESPONSIBLE NUTRITION and ANNETTE DICKINSON,<br><br>   Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>   Defendant. | Case No.: 1:06-CV-01590-RMC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Council for Responsible Nutrition and Annette Dickinson and Defendant Hartford Casualty Insurance Company, by undersigned counsel, hereby stipulate to the dismissal of all claims and causes of action asserted in this action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 9, 2007

Respectfully submitted,

*/s/ Janet R. Coleman*
Janet K. Coleman, Bar No. 497902
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, Maryland 21204
(410) 583-8000 (tel.)
*Counsel for Plaintiffs Council for Responsible Nutrition and Annette Dickinson*

_[signature]_
Patrick F. Hofer, Bar No. 412665
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2950 (tel.)
*Counsel for Defendant Hartford Casualty Insurance Co.*

SO ORDERED:

_____
ROSEMARY M. COLLYER
United States District Judge